RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   COURTNEY R. GLYNN (023155)
      MICHAEL E. GOTTFRIED (010623)
      glynnc@mcao.maricopa.gov
      gottfrim@mcao.maricopa.gov
      Deputy County Attorneys
      MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Fax (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County, Sheriff Paul Penzone, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, An Individual, For Herself And On Behalf Of And As Pending Personal Representative Of The Estate Of Alexander Chavez; Alex George Chavez, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>County Of Maricopa, A Governmental Entity; Maricopa County Sheriff's Office, A Governmental Entity; Maricopa County Correctional Health Services, A Governmental Entity; Brandon Smith And Jane Doe Smith; Paul Penzone, And Jane Doe Penzone; Thomas Tegeler And Jane Doe Tegeler; Kyle Moody And Jane Doe Moody; Arturo Dimas And Jane Doe | No. _____<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2023-012042 TO THE UNITED STATES DISTRICT COURT** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | Dimas; Tyler Park And Jane Doe Park; Gerardo Magat And Jane Doe Magat; Daniel Hawkins Jr. And Jane Doe Hawkins; Javier Montano And Jane Doe Montano; James Dailey And Jane Doe Dailey; Trevor Martin And Jane Doe Martin; Gregory Hertig And Jane Doe Hertig; John Chester And Jane Doe Chester; Jorge Espinosa Jr. And Jane Doe Espinosa; Morgan Rainey And Jane Doe Rainey; Stefanie Marsland And John Does Marsland; And John And Jane Does 1-140<br><br>Defendants |

Defendant Maricopa County Sheriff's Office, Sheriff Paul Penzone, Brent Williams, Jonhatan Franco, Jeffrey Scott by and through undersigned counsel and pursuant to 28 U.S.C. §§1441(c), §1446(a-b), and Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, notices the removal of the above-captioned case, cause number CV2023-009685, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal asserts the following:

1. On or about June 27, 2023, Plaintiff filed a Complaint against Defendant in the Superior Court of the State of Arizona for the County of Maricopa under the caption Debra Morales Ruiz v. Maricopa County, et al., *No.* CV2023-012042. A copy of the Complaint, and all other documents previously filed in this matter and served on Defendant are attached hereto within Exhibit "B". (Exhibit "A" is the Civil Cover Sheet.).

2. The Complaint was served on Maricopa County on October 30, 2023, Defendants Penzone, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, and Smith

were served on October 31, 2023, and Defendants Chester, Rainey, and Marsland were served on November 21, 2023. The remaining Defendants have yet to be properly served.

3. This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

4. The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's civil rights and is brought under 42 U.S.C. § 1983 for violations of the Fourth, Eighth, and Fourteenth Amendments of the United States Constitution.

5. By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1441(c). All served Defendants consent to the removal of this action.

6. A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "C," has been filed in the Arizona Superior Court, County of Maricopa.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court

RESPECTFULLY SUBMITTED on this 29th day of November 2023.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: */s/Courtney R. Glynn*
　　COURTNEY R. GLYNN
　　MICHAEL E. GOTTFRIED
　　Deputy County Attorneys
　　*Attorneys for Maricopa County, Sheriff Paul Penzone, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2161

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

/s/ *S.R.*
S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Removal\NOR (fed court) .docx