1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Debra Morales Ruiz, An Individual, For
Herself And On Behalf Of And As
Pending Personal Representative Of The
Estate Of Alexander Chavez; Alex
George Chavez, An Individual,

             Plaintiff,

V.

County Of Maricopa, A Governmental
Entity; Maricopa County Sheriff's Office,
A Governmental Entity; Maricopa
County Correctional Health Services, A
Governmental Entity; Brandon Smith
And Jane Doe Smith; Paul Penzone And
Jane Doe Penzone; Thomas Tegeler And
Jane Doe Tegeler; Kyle Moody And Jane
Doe Moody; Arturo Dimas And Jane Doe
Dimas; Tyler Park And Jane Doe Park;
Gerardo Magat And Jane Doe Magat;
Daniel Hawkins Jr. And Jane Doe
Hawkins; Javier Montano And Jane Doe
Montano; James Dailey And Jane Doe
Dailey; Trevor Martin And Jane Doe
Martin; Gregory Hertig And Jane Doe
Hertig; John Chester And Jane Doe
Chester; Jorge Espinosa Jr. And Jane Doe
Espinosa; Morgan Rainey And Jane Doe
Rainey; Stefanie Marsland And John
Does Marsland; And John And Jane Does
1-140

    Defendants

NO. _____

**INDEX**

Exhibit:

    (A) Civil Cover Sheet

    (B) State Court Record

        Attachments:
        1. Supplemental Cover Sheet
        2. Recent State Court Docket
        3. Complaint
        4. Service Documents
        5. Remainder of the State Court Record
        6. Verification of Courtney R. Glynn

    (C) Superior Court Notice of Removal to the Federal District Court

# EXHIBIT A

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

**Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): | **Debra Morales Ruiz , ; Alex George Chavez , ;** | Defendant(s): | **Maricopa County , ; Paul Penzone , ; Arturo Dimas , ; Daniel Hawkins , ; Gregory Hertig , ; Trevor Martin , ; Javier Montano , ; Kyle Moody , ; Tyler Park , ; Brandon Smith , ; John Chester , ; Morgan Rainey , ; Stefanie Marsland , ;** |
|---|---|---|---|

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

County of Residence: Maricopa

Plaintiff's Atty(s):

**Sean A. Woods ,**
Mills + Woods Law, PLLC
5055 N 12th Street Suite 101
Phoenix, AZ  85014
(480) 999-4556
**Robert T. Mills ,**
Mills + Woods Law, PLLC
5055 N 12th Street Suite 101
Phoenix, AZ  85014
(480) 999-4556

Defendant's Atty(s):

**Courtney R. Glynn ,**
Maricopa County Attorney's Office Civil Division
225 W. Madison Street
Phoenix, AZ  85003
(602) 506-8541
**Michael E. Gottfried ,**
Maricopa County Attorney's Office Civil Division
225 W. Madison Street
Phoenix, AZ  85003
(602) 506-8541

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2023-012042**

| | |
|---|---|
| II. Basis of Jurisdiction: | **3. Federal Question (U.S. not a party)** |
| III. Citizenship of Principal Parties**(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **2. Removed From State Court** |
| V. Nature of Suit: | **440 Other Civil Rights** |
| VI.Cause of Action: | **42 U.S.C. 1983** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | **N/A** |
| Jury Demand: | **Yes** |

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>Courtney R. Glynn</u>

   **Date:** <u>11/29/2023</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

# EXHIBIT B

State Court Record
Attachments:
1. Supplemental Cover Sheet
2. Recent State Court Docket
3. Complaint
4. Service Documents
5. Remainder of the State Court Record
6. Verification of Courtney R. Glynn

Attachment 1

**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

1. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Debra Morales Ruiz; Alex George Chavez | Plaintiffs | Sean A. Woods (Arizona Bar #028930) Robert T. Mills (Arizona Bar #018853) MILLS + WOODS LAW, PLLC 5055 North 12th Street, Suite 101 Phoenix, Arizona 85014 Telephone 480.999.4556 |
| Maricopa County, Sheriff Paul Penzone, Arturo Dimas, Daniel Hawkins, Gregory Hertig, Trevor Martin, Javier Montano, Kyle Moody, Tyler Park, Brandon Smith, John Chester, Morgan Rainey, and Stefanie Marsland | Defendants | Courtney R. Glynn , Deputy County Attorney Michael Gottfried, Deputy County Attorney Maricopa County Attorney's Office 225 W Madison St. Phoenix, Arizona 85003 6025068541 |
| Correctional Health Services, Thomas Tegeler, Jorge Espinosa, Gerardo Magat, and James Dailey | Defendants | Unserved |

2. **Jury Demand:**

   Was a Jury Demand made in another jurisdiction?    Yes  ⦿       No  ◯

   If "Yes," by which party and on what date?

   Plaintiff

   _____          _____

3. **Answer:**

   Was an Answer made in another jurisdiction?    Yes  ◯       No  ⦿

   If "Yes," by which party and on what date?

   _____          _____

**4.**   **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Maricopa County | October 30, 2023 | Process Server |
| Sheriff Penzone, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith | October 31, 2023 | Process Server |
| Chester, Rainey, Marsland | November 21, 2023 | Acceptance of Service by Attorney |

**5.**   **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Correctional Health Services; Thomas Tegeler; Jorge Espinosa, Gerardo Magat, James Dailey | Unknown |
|  |  |
|  |  |

**6.**   **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A |  |
|  |  |
|  |  |

**7.**   **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiffs | 4th, 8th, and 14th Amendment violations; Arizona common and statutory law |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# Attachment 2



Select Language ▾

Powered by Google **Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2023-012042 | Judge: | Hannah, John |
| File Date: | 8/8/2023 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Debra Morales Ruiz | Plaintiff | Female | Sean Woods |
| Estate Of Alexander Chavez, The | Plaintiff | | Sean Woods |
| Alex George Chavez | Plaintiff | Male | Sean Woods |
| County Of Maricopa | Defendant | | Pro Per |
| Maricopa County Sheriffs Office | Defendant | | Pro Per |
| Maricopa County Correctional Health Services | Defendant | | Pro Per |
| Brandon Smith | Defendant | Male | Pro Per |
| Paul Penzone | Defendant | Male | Pro Per |
| Thomas Tegeler | Defendant | Male | Pro Per |
| Kyle Moody | Defendant | Male | Pro Per |
| Arturo Dimas | Defendant | Male | Pro Per |
| Tyler Park | Defendant | Male | Pro Per |
| Gerardo Magat | Defendant | Male | Pro Per |
| Daniel Hawkins | Defendant | Male | Pro Per |
| Javier Montano | Defendant | Male | Pro Per |
| James Dailey | Defendant | Male | Pro Per |
| Trevor Martin | Defendant | Male | Pro Per |
| Gregory Hertig | Defendant | Male | Pro Per |
| John Chester | Defendant | Male | Pro Per |
| Jorge Espinosa | Defendant | Male | Pro Per |
| Morgan Rainey | Defendant | Female | Pro Per |
| Stefanie Marsland | Defendant | Female | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 11/21/2023 | ACS - Acceptance Of Service | 11/28/2023 | |
| **NOTE:** Acceptance of Service OF PROCESS | | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 | |
| **NOTE:** THE COUNTY OF MARICOPA | | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 | |
| **NOTE:** CAPTIN BRANDON SMITH | | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 | |
| **NOTE:** PAUL PENZONE | | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 | |
| **NOTE:** KYLE MOODY | | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 | |
| **NOTE:** ARTURO DIMAS | | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 | |
| **NOTE:** TYLER PARK | | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 | |
| **NOTE:** DANIEL HAWKINS JR | | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 | |
| **NOTE:** JAVIER MONTANO | | | |

| | | |
|---|---|---|
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 |
| **NOTE:** TREVOR MARTIN | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 |
| **NOTE:** GREGORY HERTIG | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 |
| **NOTE:** THOMAS TEGELER | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 |
| **NOTE:** JOHN CHESTER | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 |
| **NOTE:** MORGAN RAINEY | | |
| 11/2/2023 | AFS - Affidavit Of Service | 11/3/2023 |
| **NOTE:** STEFANIE MARSLAND | | |
| 10/18/2023 | 322 - ME: Notice Of Intent To Dismiss | 10/18/2023 |
| 8/8/2023 | CCN - Cert Arbitration - Not Subject | 8/9/2023 |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |

| 8/8/2023 | SUM - Summons | 8/9/2023 |
|---|---|---|
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | SUM - Summons | 8/9/2023 |
| **NOTE:** Summons | | |
| 8/8/2023 | CSH - Coversheet | 8/9/2023 |
| **NOTE:** COVERSHEET | | |
| 8/8/2023 | COM - Complaint | 8/9/2023 |
| **NOTE:** COMPLAINT | | |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**

Attachment 3

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411120

1  Sean A. Woods (Arizona Bar #028930)
   Robert T. Mills (Arizona Bar #018853)
2  **MILLS + WOODS LAW, PLLC**
   5055 North 12th Street, Suite 101
3  Phoenix, Arizona 85014
   Telephone 480.999.4556
4  docket@millsandwoods.com
5  swoods@millsandwoods.com
6  *Attorneys for Plaintiffs*

7                    **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                         **IN AND FOR THE COUNTY OF MARICOPA**

9   DEBRA MORALES RUIZ, an individual,          **CASE NO: CV2023-012042**
    for herself and on behalf of and as pending
10  Personal Representative of THE ESTATE         **COMPLAINT**
    OF ALEXANDER CHAVEZ; ALEX
11  GEORGE CHAVEZ, an individual,
12                                                **(JURY TRIAL DEMANDED)**
                        Plaintiffs,
13
                 vs.
14
15  COUNTY OF MARICOPA, a
    governmental entity; MARICOPA
16  COUNTY SHERIFF'S OFFICE, a
    governmental entity; MARICOPA
17  COUNTY CORRECTIONAL HEALTH
    SERVICES, a governmental entity;
18  BRANDON SMITH and JANE DOE
19  SMITH; PAUL PENZONE and JANE
    DOE PENZONE; THOMAS TEGELER
20  and JANE DOE TEGELER; KYLE
    MOODY and JANE DOE MOODY;
21  ARTURO DIMAS and JANE DOE
22  DIMAS; TYLER PARK and JANE DOE
    PARK; GERARDO MAGAT and JANE
23  DOE MAGAT; DANIEL HAWKINS JR.
    and JANE DOE HAWKINS; JAVIER
24  MONTANO and JANE DOE MONTANO;
25  JAMES DAILEY and JANE DOE
    DAILEY; TREVOR MARTIN and JANE
26  DOE MARTIN; GREGORY HERTIG and
    JANE DOE HERTIG; JOHN CHESTER
27  and JANE DOE CHESTER; JORGE
28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

ESPINOSA JR. and JANE DOE
ESPINOSA; MORGAN RAINEY and
JOHN DOE RAINEY; STEFANIE
MARSLAND and JOHN DOE
MARSLAND; and, JOHN AND JANE
DOES 1-40,

Defendants.

Plaintiffs Debra Morales Ruiz ("Debra"), the Estate of Alexander Robert Chavez ("Alexander"), and Alex George Chavez ("George"), by and through their attorneys, Mills + Woods Law PLLC, for their Complaint against Defendants Maricopa County ("Maricopa"), Maricopa County Sheriff's Office ("MCSO"), Maricopa County Correctional Health Services ("CHS"), Brandon Smith ("Smith"), Paul Penzone ("Penzone"), Thomas Tegeler ("Tegeler"), Kyle Moody ("Moody"), Arturo Dimas ("Dimas"), Tyler Park ("Park"), Gerardo Magat ("Magat"), Daniel Hawkins Jr. ("Hawkins"), Javier Montano ("Montano"), James Dailey ("Dailey"), Trevor Martin ("Martin"), Gregory Hertig ("Hertig"), John Chester ("Chester"), Jorge Espinosa Jr. ("Espinosa"), Morgan Rainey ("Rainey"), and Stefanie Marsland ("Marsland") (collectively "Defendants") allege and state as follows:

## INTRODUCTION

1.      Alexander Chavez was a young and vibrant 32-year-old.

2.      He made mistakes, was arrested, and was booked into the Lower Buckeye Jail.

3.      He was a loving son, brother, and uncle and doted on his family, providing emotional and financial support to them.

4.      He had his whole life ahead of him and was trying his best to get back on his feet.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

5.     Mr. Chavez's booking number was T796431 and his date of birth was 08/31/1989.

6.     Mr. Chavez arrived at the Lower Buckeye Jail (the "Jail") on August 5, 2022 and was transported to the hospital on or about August 8, 2022 due to injuries he suffered under Defendants' lack of care in MCSO's facilities.

7.     He died from these injuries on August 12, 2022.

## THE PARTIES

8.     Plaintiff Debra is an adult individual who resides in Maricopa County, Arizona.

9.     Debra is next of kin, mother to Alexander Chavez ("Chavez"), and the pending Personal Representative for Plaintiff the Estate of Alexander Robert Chavez ("Estate").

10.    Plaintiff George is an adult individual who resides in Maricopa County, Arizona and is the father of Chavez.

11.    Defendant Maricopa is a governmental entity that acts by and through its officials, employees and agents, including without limitation the MCSO, and each of the Defendants Smith, Penzone, Tegeler, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, Chester, Espinosa, Rainey, and Marsland.

12.    Defendant MCSO is a governmental entity that acts by and through its officials, employees and agents, including without limitation each of the Defendants Smith, Penzone, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, and Espinosa.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

3

13.     Defendant CHS is a governmental entity that acts by and through its officials, employees and agents, including without each of the Defendants Tegeler, Chester, Rainey, and Marsland.

14.     Defendant Captain Brandon Smith was at all times relevant to this complaint, a Captain of the MCSO's Detention division and is sued in his official and individual capacity. He is tasked with oversight of the MCSO Detention centers and employees under his command and is responsible for all policies and procedures promulgated by the MCSO. He is an agent of Maricopa and the MCSO, operating in his official and individual capacity in Maricopa County, Arizona.

15.     Defendant Sheriff Paul Penzone is sued in her official and individual capacity. He was tasked with oversight of the MCSO and was responsible for all policies and procedures promulgated by the MCSO. He is an agent of Maricopa and the MCSO, operating in his official and individual capacity in Maricopa County, Arizona.

16.     Defendant Officer Kyle Moody is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

17.     Defendant Officer Arturo Dimas is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

18.     Defendant Officer Tyler Park is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona

19.     Defendant Officer Gerardo Magat is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

4

20.     Defendant Officer Daniel Hawkins, Jr. is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

21.     Defendant Officer James Dailey is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

22.     Defendant Officer Trevor Martin is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

23.     Defendant Officer Gregory Hertig is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona

24.     Defendant Thomas Tegeler was at all relevant times in this complaint upon information and belief the Director of CHS, employed by, and serving as an agent of, Maricopa, and CHS. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

25.     Defendant John Chester is employed by, and serving as an agent of, Maricopa, and CHS. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

26.      Defendant Morgan Rainey is employed by, and serving as an agent of, Maricopa, and CHS. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

27.     Defendant Stefanie Marsland is employed by, and serving as an agent of, Maricopa, and CHS. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

5

28.     Defendants Smith, Penzone, Moody, Dimas, Park, Magat, Hawkins, Dailey, Martin, Tegeler, Chester, Rainey, Marsland, and Hertig were acting for the benefit of their respective marital communities, if any, and therefore their respective marital communities are liable for their actions as set forth herein. Accordingly, Defendants Jane Doe Smith, Jane Doe Penzone, Jane Doe Moody, Jane Doe Dimas, Jane Doe Park, Jane Doe Magat, Jane Doe Hawkins, Jane Doe Dailey, Jane Doe Martin, Jane Doe Tegeler, Jane Doe Chester, John Doe Rainey, John Doe Marsland, and Jane Doe Hertig are named as Defendants herein.

29.     Defendant Maricopa is vicariously liable under the principle of *respondeat superior* for the actions and inactions of the employees of the MCSO, CHS, and any private contractors including those employees or contractors named as defendants in this action, as to any claims that are asserted by Plaintiffs as a result of violations of the Arizona Constitution and Arizona common law because, at all relevant times, those Defendants were acting within the course and scope of their employment or contract with MCSO, CHS, or entities privately contracted with MCSO or CHS.

30.     Defendant MCSO is vicariously liable under the principle of *respondeat superior* for the actions and inactions of the employees of the MCSO and any private contractors including those employees or contractors named as defendants in this action, as to any claims that are asserted by Plaintiffs as a result of violations of the Arizona Constitution and Arizona common law because, at all relevant times, those Defendants were acting within the course and scope of their employment or contract with MCSO or entities privately contracted with MCSO.

31.     Defendant CHS is vicariously liable under the principle of *respondeat superior* for the actions and inactions of the employees of the CHS and any private contractors including those employees or contractors named as defendants in this action,

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

as to any claims that are asserted by Plaintiffs as a result of violations of the Arizona Constitution and Arizona common law because, at all relevant times, those Defendants were acting within the course and scope of their employment or contract with CHS or entities privately contracted with CHS.

32.     For purposes of Plaintiffs' claims arising under Federal law, including without limitation the United States Constitution and 42 U.S.C. §1983 *et seq*., and as may be relevant to Plaintiff's state law claims, at all relevant times described herein, Defendants were acting under color of state law.

## JURISDICTION AND VENUE

33.     Pursuant to 42 U.S.C. §1983 *et seq.*, Plaintiffs bring this action for violations of the United States Constitution, including without limitation the Fourth, Eighth, and Fourteenth Amendments and Arizona common and statutory laws.

34.     The amount in controversy exceeds the minimal jurisdictional limits of this Court.

35.     To the extent applicable, and without conceding that said statute applies, Plaintiffs have served their Notice of Claim upon Defendants in compliance with A.R.S. §12-821.01, *et seq.* More than sixty (60) days have expired since Plaintiffs served their Notice of Claim and Defendants have not responded in any manner to said Notice of Claim.

36.     Pursuant to Article 6, Section 14 of the Arizona Constitution, this court has original subject matter jurisdiction in this Complaint because the claims relate to causes of action, the underlying acts and/or omissions for which, at all times relevant, have caused the events alleged herein to occur with primary effect in Maricopa County, Arizona.

37.     Venue is proper in that the specific acts giving rise to the causes of action alleged herein occurred with primary effect in Maricopa County, Arizona.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

**FACTUAL ALLEGATIONS**

38.     On August 5, 2022, in Chavez' intake documents, the Jail classified him properly as a sub-classification of "Psychiatric."

39.     Despite this initial sub-classification, Chavez was sent to General Population on August 6, 2022.

40.     Chavez attempted suicide shortly after being booked.

**FIRST SUICIDE ATTEMPT**

41.     On August 6, 2022, upon information and belief, Chavez attempted to take his life by overdosing on seven pills of fentanyl. He was found with a baggy of over 250 Fentanyl pills.

42.     Chavez was transferred to the hospital and told the attending physicians that he had snorted seven (7) fentanyl pills.

43.     How fentanyl made it into Chavez' hands at a secured Jail facility is beyond comprehension.

44.     MCSO, CHS, and their employees, agents, medical professionals, and officers are there to prevent unauthorized drugs, weapons, and other restricted materials from being introduced into the Jail. Chavez was only there for one day before he was able to get his hands on enough fentanyl to attempt suicide.

45.     Chavez got his hands on the pills and attempted suicide.

46.     A note was added to Chavez' file on August 6, 2022 by stating "SUICIDE PREVENTION/AWARENESS FLYER PROVIDED TO INMATE."

47.     This was added to the file by both Morgan Rainey and John Chester.

48.     At that very moment Chavez should have and was required to have been kept in the psychiatric unit and placed on suicide watch according to Maricopa, MCSO and CHS policies and procedures.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

8

49.     Maricopa, MCSO, CHS, their employees, agents, and officers failed in the most basic of tasks.

50.     To be clear, had Chavez been put on suicide watch, he would still be alive today.

51.     By failing to meet even the least stringent requirements, and by placing Chavez back into general population – rather than on suicide watch – Maricopa, MCSO, CHS, their employees, agents, and officers implicitly signed Chavez' proverbial death warrant.

52.     To attempt to cover their actions, Rainey had Chavez sign a waiver form refusing Administrative Restrictive Housing.

53.     They just let an opiate addict who had just attempted to end his life enter general population.

54.     Adding further insult to injury, Maricopa, MCSO, CHS, their employees, agents, and officers disciplined Chavez for Promoting Prison Contraband and Possession of an Unauthorized Substance – added to Chavez' file by John Chester.

55.     There were ample opportunities and reasons to assign Chavez to the proper classifications and put him on suicide watch.

56.     None of the Defendants did so.

57.     It is clear that Maricopa, MCSO, CHS, their employees, agents, and officers only concern was to punish Chavez – not to properly classify him and put him on suicide watch to prevent his death.

58.     Maricopa, MCSO, CHS, their employees, agents, health professionals, and officers knew that Chavez was going to be facing severe opiate withdrawals.

59.     In fact, medical records show that Chavez was seen by staff because he was opiate dependent, was in severe withdrawal, was classified as "Red Dot" due to an acute

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

9

illness, was supposed to be put on opiate protocol with medications, and was required to be put in a lower bunk.

60.     Chavez – nearly immediately after being placed in general population began experiencing extreme symptoms of opiate withdrawal.

61.     On August 7, 2022, he was found in the fetal position in the day room holding his breath.

62.     When staff threatened him with being placed in a monitored room, he reacted by breathing.

63.     They placed him and his "mat" back into his jail cell and left him there.

64.     On August 8, 2022, an unknown RN Nurse Manager updated Chavez' file to indicate he had a history of severe opiate withdrawal.

65.     The records show that he was supposed to be placed under opiate protocol and administered multiple prescriptions including Hydroxyzine, Loperamide, and Ondansetron.

66.     Records show that only one dose of Hydroxyzine was administered.

67.     Defendants left him alone in his cell without administering further medications to help Chavez survive his withdrawal symptoms.

68.     Chavez was in extreme pain and distress having to deal with his withdrawal symptoms without assistance.

**SECOND SUICIDE ATTEMPT AND SUBSEQUENT DEATH**

69.     Had Defendants actually followed the opiate protocol and performed any of their basic duties and procedures, Chavez would not have dealt with the awful side effects of opiate withdrawal.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

10

70.     According to a study from the National Library of Medicine on Opiate Withdrawal: Opioid withdrawal syndrome is a life-threatening condition resulting from opioid dependence.

71.     Had Defendants actually cared about the life and safety of Chavez, his withdrawal symptoms would have been manageable.

72.     Had he been on suicide watch in the psychiatric unit, he would not have had the opportunity to attempt suicide again and certainly would have been found much sooner following his suicide attempt.

73.     This critical time – at least 25 minutes unattended – caused Chavez to suffer severe brain injuries that ultimately led to his death.

74.     According to records:

Alexander Chavez is a 31-year-old male seen by stroke neurology on 8/8/2022 for a right vertebral artery thrombus, V2 segment. He is seen following transfer from jail where he was found following hanging by the neck, having been unattended for an estimated 25 minutes.

When he was initially found by the officer in his charge no pulses were palpable. CPR was performed for 10 minutes.

Upon arrival of EMS he was intubated. He was subsequently transferred to BUMCP. Unclear when ROSC was achieved.

He received 5 mg midazolam and 250 mg phenobarbital in the trauma bay due to movements that were interpreted as potential seizure activity.

CT head without contrast was, per my independent review, uninterpretable due to motion artifact, although the radiology report does indicate that there is concern for anoxic brain injury.

CT angiogram of the head and neck, per my review, does show a thrombus in the right vertebral artery, V2 segment, at the level of C3–4 vertebrae.
#Intravascular thrombus, V2 segment of right vertebral artery at the level of C3-4 vertebrae
#Concern for anoxic brain injury

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

11

#Found following presumptive suicide attempt, hanging in jail, pulseless when found
#UDS positive for methamphetamine

75. Furthermore, according to records, Chavez presented as a trauma red for evaluation after being found hanging. Records note that:

> Patient was found hanging in his cell at a local jail. He was noted to still be touching the ground and presumed to have been unattended for approximately 25 minutes at the time he was found. When he was cut down, he was noted to be unresponsive without any spontaneous respiratory effort. He did have a pulse when found, which he maintained through transport. An oral airway was placed and he was brought to the trauma bay with active bagging taking place. He is unable to provide any history. Per EMS, he has no known medical history.

76. Chavez eventually died from his injuries on August 12, 2022.

## FAILURE TO ASSESS, CLASSIFY, AND MONITOR

77. Defendants failed to perform proper assessments as to Chavez' mental state, conditions, and illnesses.

78. Chavez was pushed through the assessment process quickly so that Defendants could put him in a cell and ignore him.

79. Penzone and Smith are charged with implementing and maintaining policies and procedures for the MCSO and its jails – including the Lower Buckeye Jail. They are also charged with oversight of their jail facilities. As such, they are required to review employee actions regularly to ensure MCSO policies and procedures are being followed.

80. Tegeler is charged with implementing and maintaining policies and procedures for the CHS and its facilities – including the Lower Buckeye Jail medical facilities. He is also charged with oversight of CHS' facilities. As such, he is required to review employee actions regularly to ensure CHS policies and procedures are being followed.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

12

81.     Their lack of proper oversight at the Jail led directly to lax behavior by Maricopa, MCSO, and CHS staff.

82.     To wit, headcounts were clearly not regularly performed at the required intervals.

83.     Furthermore, it is apparent that no proper oversight has occurred with inmate evaluations - both security based and medical based.

84.     According to shift logs obtained via public records request, the last time officers or guards made rounds and "put eyes on" Chavez prior to his suicide attempt was at 1700 hours August 8, 2022.

85.     Smith, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, and Espinosa upon information and belief were working at the Jail on the day of Chavez' death.

86.     Each had a responsibility to ensure the safety and well-being of Chavez. Each of them could have – at any time – classified Chavez as needing to be under suicide watch.

87.     They did not.

88.     Each of them could have – at any time – performed the proper headcounts at the proper intervals.

89.     They did not.

90.     Chavez was assigned bunk Cell-A 03 on the day of his death. The location of his bunk was Floor 3 HOUSE 34 POD A (LBJF:34:A:10:01) at the Jail in Phoenix, Arizona.

91.     This bunk is also known – based on records received from MCSO – as "T34A.03"

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

13

92.     The Correctional Officers (hereinafter "CO" or "COs") who actually conducted patrols and headcounts on the day of Chavez' death and up to his death were Officers Park, Magat, Hawkins, Espinosa, and Moody.

93.     According to Officer Moody's (B4996) Incident Report:

> On 08/08/2022 at the Lower Buckeye Jail located at 250 W Lower Buckeye Rd, Phoenix, AZ 85009, at approximately 1825 hours, I conducted a security walk in T34 A pod. During the security walk, as I approached cell T34A.03, I observed an inmate, later identified as Inmate Chavez, Alexander T796431 sitting on the ground, at the back of the cell, in between the table and the bunks inside the cell. Inmate Chavez had an MCSO issued sheet, in what appeared to be tied into the shape of a noose, around his neck, with the other end tied to the top bunk inside of the cell. Immediately upon observing this, I made a radio call requesting for additional officers to respond and bring a 911 tool.

94.     From 1700 – 1825 hours, Chavez was left on his own.

95.     There are entries on the shift logs for rounds every hour on the hour.

96.     The 1800 entry is blank.

97.     Nobody performed their security checks or rounds at 1800 hours.

98.     As discussed above, Chavez' estimated time of his suicide attempt was about 25 minutes prior to being found.

99.     Again, if any of Smith, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, and Espinosa had properly performed their duties, Chavez would have been observed at 1800 hours and would have been stopped from attempting suicide.

100.    The MCSO shift logs have entries for a patrol and review of headcount for every hour of the day.

101.    Officers skipped their patrol and headcount for the 1800 hour – Instead waiting nearly half an hour past 1800 to conduct the 1800 headcount

102.    This 25-minute gap was critical and a direct cause of Chavez' subsequent death.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

14

Mills + Woods Law, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

103.     According to I ELIZARRARAS' (S2178) Incident Report, IR22020649,

- The jail surveillance video was reviewed briefly, and this is a general summary of the events that occurred. For full details of the event, reference the jail surveillance video submitted. The times frames provided are the ones observed on the video. The following is what I observed:
- 1824 hours: Detention Officer Moody (B4996) enters T34 A Pod and begins to make a radio call while in front of cell 3 (T34A.03).
- 1825 hours: Detention Officer Moody enters the cell. Medical staff also enters the cell. Inmate Chavez is removed from the cell.
- 1826 hours: Detention Officer Moody begins providing inmate Chavez chest compressions. Medical staff arrives with a gurney. AED was on site.
- 1833 hours: Inmate Chavez is placed on the gurney and moved out of T34 A Pod housing unit. Detention Officer Moody continues with chest compressions.
- 1832 hours: Phoenix Fire Engine & Engine #21 arrive at LBJ.
- 1834 hours: Phoenix Fire Engine arrive at LBJ main clinic.
- 1836 hours: Inmate Chavez arrives at the LBJ main clinic.
- 1841 hours: Inmate Chavez is moved out of LBJ main clinic by Phoenix Fire.
- 1843 hours: Phoenix Fire Ambulance #21 departs with inmate Chavez

104.     At approximately 1837 hours, after arriving to the LBJ main clinic, Phoenix Fire personnel took over for CPR and rescue attempts by tapping Officer Moody's arm and telling him, "You can stop." Phoenix Fire personnel also stated they could feel a carotid pulse at that time.

105.     It took another seven minutes to get Chavez on the road to the Emergency Room.

106.     It took another 12 minutes to arrive to Banner Good Samaritan Hospital.

107.     It took nearly a full hour following Chavez' suicide attempts to provide trauma care for his injuries.

108.     There lies a concept in medical care that a patient must be seen and provided definitive care within one hour of the injuries. This concept is called the "Golden Hour."

While some patients can recover fully with proper immediate care, a lack of oxygen to the brain is deadly to a human being within minutes.

109.     According to the National Library of Medicine, "Attempted suicidal hanging: an uncomplicated recovery" written by Sarathchandra Kodikara, Dec 2012 found and retrieved January 25, 2023 at https://pubmed.ncbi.nlm.nih.gov/22333907/:

> Although hanging is common across the world, survival after attempted hanging is very rare with death usually *occurring within minutes* or over the first 24 hours. If the person survives the initial event, later he/she may die because of the severity of the initial hypoxic and ischemic brain damage. Survival from hanging is often associated with various complications including a large variety of neurological consequences. This case report highlights a rare case of survival in attempted hanging of a 35-year-old man, with previous suicide ideation. Within 15 minutes of the incident, he was brought to a tertiary care hospital. On admission, he was unconscious and the Glasgow Coma Scale was 4 with tachycardia, weak pulse, bradypnea, and shallow breathing. With vigorous and prompt resuscitation methods, he gradually recovered without any residual neurological outcome. Prognostically good results could be achieved, if such victims are vigorously and promptly resuscitated, irrespective of their initial presentation. (emphasis added).

110.     In that report, a man attempted to hang himself, but was found and brought to a hospital within 15 minutes of the injury. That man survived.

111.     In Chavez' case, he wasn't found for at least 25 minutes – probably longer – and was effectively brain dead. There is no coming back from brain death.

112.     Not only was Chavez not treated properly until at a bare minimum of 56 minutes, but he had also been left without oxygen to the brain for over 25 minutes prior to discovery of his attempted suicide.

113.     If not for the egregious and grossly negligent actions of Defendants and potentially unknown at this time employees, agents, and officers, Alexander Chavez would have benefited from life-saving prompt treatment of his traumatic injuries.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

16

114.     Myriad clinical research studies illustrate significantly improved patient outcomes for patients discovered within minutes of a hanging.

115.     The officers here ignored their duties and did not perform a headcount at 1800 hours as required.

116.     This – coupled with Alexander not being on suicide watch – created an inability to have discovered Chavez to prevent him from hanging for over 25 minutes.

117.     It is incumbent upon Paul Penzone and the wardens, captains, directors, supervisors, corrections officers, Smith, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, Espinosa and the MCSO to fulfill the duty assured to Alexander Chavez and all inmates under the United States Constitution, including without limitation:

- Maintain physical control over all inmates to prevent harm to both staff and other inmates; and
- Implement, evaluate and maintain security procedures and protocols in accordance with industry standards to protect both staff and other inmates; and
- Act affirmatively to protect inmates when a potential threat or risk of harm to either staff or another inmate becomes known to them; and
- Hire, train, and supervise corrections officers and staff in a manner that thoroughly ensures the mission of the Arizona Department of Corrections is carried out regarding the physical protection of all staff and inmates; and
- Maintain strong presence of supervision, control, and oversight over corrections officers and all prison personnel; and
- Provide medical care and treatment for all inmates according to the standard of care recognized by the industry.

118.     Based upon the deliberate indifference to the security of Alexander Chavez' physical person relative to the events leading up to the suicide attempt, coupled with the egregiously negligent and deliberately indifferent actions of Defendants in failing to properly assess Alexander Chavez' mental state and condition, it is evident that Maricopa, MCSO, CHS, its wardens, associate wardens, directors, captains, commanders,

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

17

supervisors, corrections officers, health professionals, and staff have breached each of these duties proscribed by law.

119.     As a direct and proximate result of these myriad breaches, Alexander Chavez died.

120.     Each of the Defendants were negligent, and in fact grossly negligent, in that they had a nondelegable duty to care for and protect Chavez and failed to act despite realizing that their acts, omissions to act and other conduct created a high probability that substantial harm would be visited upon Alexander Chavez.

121.     Further, the acts and omissions detailed herein constitute additional actionable torts under statutes of the State of Arizona and common law.

122.     The actions of the MCSO through Sheriff Paul Penzone, the Jail through Brandon Smith, and MCSO employees, agents, and corrections officers including Smith, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, and Espinosa have violated the rights of Alexander Chavez under the United States and Arizona Constitutions, including without limit his Eighth and Fourteenth Amendment rights.

123.     The actions of CHS through Tegeler, Chester, Rainey, Marsland, and CHS employees and agents have violated the rights of Alexander Chavez under the United States and Arizona Constitutions, including without limit his Eighth and Fourteenth Amendment rights.

124.     Following Chavez' second suicide attempt, Chavez was classified with the following flags:

- 841 Red Dot 8/5/2022 8/5/2022

- 96 COWS 8/7/2022 8/7/2022 8/21/2022

- 834 Opioid Use 8/7/2022 8/7/2022

- 167 Bottom Bunk (BB) 8/7/2022 8/7/2022

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

- 168 Bottom Tier (BT) 8/7/2022 8/7/2022

- 193 No Work No Tents (NWNT) 8/7/2022 8/7/2022

- 828 Proxy Medium 8/7/2022 8/7/2022

- 161 Suicide Attempt History While Incarcerated 8/9/2022 8/9/2022

- 52 Suicide Watch - Potential 8/9/2022 8/9/2022

- He was also classified with "Problems" by CHS:

- Red Dot 8/5/2022

- COWS 8/6/2022

- Opioid Use 8/6/2022

- Bottom Bunk (BB) 8/6/2022

- Bottom Tier (BT) 8/6/2022

- No WorkNo Tents (NWNT) 8/6/2022

- Suicide Attempt History While Incarcerated 8/8/2022

- Suicide Watch - Potential 8/8/2022

125.     On August 8, 2022 at 6:59PM, after he had already hung himself, Chavez was added to the Suicide Watch list.

126.     Had the Defendants done a proper assessment of Chavez' mental state, it would have been easily discerned that Chavez was in fact a suicide risk.

127.     In fact, CHS knew that Chavez was a suicide risk after his first suicide attempt.

128.     Rainey provided Chavez with a Suicide Prevention/Awareness pamphlet in the early hours of August 6, 2022 and then Chavez was re-classified from psychiatric to general population and thrown out to deal with his withdrawal symptoms with no help.

129.     Defendants could have properly assessed his condition and placed him on suicide watch at intake – instead of after the fact.

19

130.    The actions and inactions of Defendants – including those individuals known or unknown –violated the Eighth Amendment to the United States Constitution, which is mirrored by Art. 2 § 15 of the Arizona Constitution. Such violations of civil rights are actionable pursuant to 42 U.S.C. § 1983 et seq. As the United States Supreme Court has determined:

131.    The [Eighth] Amendment embodies

'broad and idealistic concepts of dignity, civilized standards, humanity, and decency' against which we must evaluate penal measures. Thus, we have held repugnant to the Eighth Amendment punishments which are incompatible with 'the evolving standards of decency that mark the progress of a maturing society,' or which 'involve the unnecessary and wanton infliction of pain.' These elementary principles establish the government's obligation to provide medical care for those whom it is punishing by incarceration. An inmate must rely on prison authorities to treat his medical needs; if the authorities fail to do so, those needs will not be met. In the worst cases, such a failure may actually provide physical 'torture or a lingering death,' the evils of most immediate concern to the drafters of the Amendment. In less serious cases, denial of medical care may result in pain and suffering which no one suggests would serve any penological purpose. The infliction of such unnecessary suffering is inconsistent with contemporary standards of decency as manifested in modem legislation codifying the common law view that '(i) is but just that the public be required to care for the prisoner, who cannot by reason of the deprivation of liberty, care for himself.' We therefore conclude that deliberate indifference to serious medical needs of prisoners constitutes the 'unnecessary infliction of pain.'

*Estelle v. Gamble*, 429 U.S. 97, 102-05 (1976) (internal citations omitted).

## COUNT I

## Violation of Civil Rights Under the Eighth and Fourteenth Amendments and 42 U.S.C. § 1983.

132.    Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

133.    The Eighth Amendment to the United States Constitution, which applies to the Defendants pursuant to the Due Process Clause of the Fourteenth Amendment, forbids

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

20

one who acts under color of state law from being deliberately indifferent to the serious needs of individuals in their care, custody and control.

134.    At all relevant times, Defendants were acting under color of law.

135.    At all relevant times, Alexander Chavez was in the care, custody and control of Defendants.

136.    Among other things, Defendants, through their education and training, knew or should have known the procedures for an accurate and careful assessment of an inmate who had already attempted suicide, but deliberately ignored that fact and failed to keep Alexander Chavez under suicide watch that would have kept Alexander Chavez alive.

137.    Among other things, Defendant are aware or should be aware of their responsibilities and duties toward an inmate who had already attempted suicide – namely keeping him under suicide watch.

138.    Among other things, Defendants are aware or should be aware of security issues that can arise based on their experience and their various responsibilities and duties required to provide a safe and secure environment for inmates of the Jail.

139.    The conduct of Defendants in this regard was objectively unreasonable and was undertaken with a willful, reckless and malicious indifference to the constitutional rights and liberty interests of Alexander Chavez and the Plaintiffs, and with no regard to the likelihood that harm would and did result, and that Alexander Chavez would and did suffer needlessly while in their care.

140.    The deliberate indifference to the serious needs of Alexander Chavez constitutes unnecessary and wanton infliction of pain proscribed by the Eighth Amendment and is in violation of 42 U.S.C. §1983, whether the indifference is manifested by Defendants in response to Alexander Chavez' suicidal actions, or intentionally or delaying classifying Alexander Chavez as a suicide risk.

141.    As a direct and proximate result of the deliberate indifference of Defendants, Alexander Chavez suffered extraordinary pain and premature death, and Plaintiffs have suffered damages.

142.    As a direct and proximate result of the deliberate indifference of Defendants,

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

21

Plaintiffs have forever lost the liberty interest guaranteed to them by the Fourteenth Amendment to enjoy the companionship, society and support of Alexander Chavez.

143.   The acts and omissions of Defendants were of such a nature to entitle Plaintiffs each to an award of exemplary and punitive damages to punish the wrongful conduct alleged herein and to deter such conduct in the future.

144.   Pursuant to 42 U.S.C. §1988 and other applicable law, Plaintiffs are also entitled to an award of incurred attorneys' fees and costs.

## COUNT II

## Wrongful Death Pursuant to A.R.S. §12-611

145.   Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

146.   Defendants had a duty to assure the safety and well-being of Alexander Chavez while in their care, custody and control, a duty that included, without limitation, providing proper, appropriate and timely care to Alexander Chavez.

147.   Defendants breached their duties to Alexander Chavez, as identified in the allegations set forth in the paragraphs above.

148.   Despite being the sole caretakers of Alexander Chavez, Defendants were negligent and grossly negligent by failing to properly classify, place, and watch Alexander Chavez, that would have saved Alexander Chavez' life.

149.   Despite being assigned to monitor the security and welfare of the inmates housed in the Jail, Defendants were negligent and grossly negligent in their failure to perform their required duties in conducting inmate checks during the verified time of Alexander Chavez' second suicide attempt.

150.   Defendants undertook a duty to provide adequate supervision and classification to the inmates of the Jail. This includes (1) the duty to supervise all of its employees and agents, and (2) the duty to ensure that its employees and agents satisfy all federal, state, and applicable industry standards.

151.   Defendants breached their duties, as identified by the allegations set forth in the paragraphs above, by among things and without limitation willfully participating in a

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

22

practice or custom that denied Alexander Chavez adequate monitoring and placement, and by ratifying improper conditions, customs, policies, procedures and/or practices that jeopardized the safety of Alexander Chavez.

152.    Additionally, Defendant Maricopa is vicariously liable for the acts and omissions of their employees, including without limitation those employees listed herein as defendants,

153.    As a direct and proximate result of the negligent actions of Defendants and their employees and agents, Alexander Chavez suffered an untimely and preventable death.

154.    As a direct and proximate result of the negligent actions of Defendants and their employees and agents, Plaintiffs have been deprived of the continued companionship and society of their son and father, and have suffered and continue to suffer the loss of a loved one, affection, companionship, care, protection, guidance, as well as pain, grief, sorrow, anguish, stress, shock, mental suffering, and have suffered both economic and non-economic damages in an amount to be proven at trial.

155.    Additionally, the acts of Defendants and their employees and agents, as set forth above, demonstrate gross and wanton negligence in that each of them knew or had reason to know that their acts individually and collectively created an unreasonable risk of bodily harm to Alexander Chavez and a high probability that substantial harm would result.

156.    In causing the painful, barbaric and premature death of Alexander Chavez, Defendants and their employees and agents acted with an evil mind and a malignant heart warranting an award of punitive damages.

## COUNT III

## Survivorship Action Pursuant to A.R.S. §14-3110

157.    Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

158.    Defendants had a duty to assure the safety and well-being of Alexander Chavez while in their care, custody and control, a duty that included, without limitation, providing proper, appropriate and timely care to Alexander Chavez.

159.    Defendants breached their duties to Alexander Chavez, as identified in the

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

allegations set forth in the paragraphs above.

160.     Despite being the sole caretakers of Alexander Chavez, Defendants were negligent and grossly negligent by failing to properly classify, place, and watch Alexander Chavez, that would have saved Alexander Chavez' life.

161.     Despite being assigned to monitor the security and welfare of the inmates housed in the Jail, Defendants were negligent and grossly negligent in their failure to perform their required duties in conducting inmate checks during the verified time of Alexander Chavez' second suicide attempt.

162.     Defendants undertook a duty to provide adequate supervision and classification to the inmates of the Jail. This includes (1) the duty to supervise all of its employees and agents, and (2) the duty to ensure that its employees and agents satisfy all federal, state, and applicable industry standards.

163.     Defendants breached their duties, as identified by the allegations set forth in the paragraphs above, by among things and without limitation willfully participating in a practice or custom that denied Alexander Chavez adequate monitoring and placement, and by ratifying improper conditions, customs, policies, procedures and/or practices that jeopardized the safety of Alexander Chavez.

164.     Additionally, Defendant Maricopa is vicariously liable for the acts and omissions of their employees, including without limitation those employees listed herein as defendants,

165.     As a direct and proximate result of the negligent actions of Defendants and their employees and agents, Alexander Chavez suffered an untimely and preventable death.

166.     As a direct and proximate result of the negligent actions of Defendants and their employees and agents, Chavez endured extreme pain and suffering from August 6, 2022 until August 12, 2022, lost his ability to earn income following his death, and lost the ability to provide support to his family.

167.     As a result, Chavez suffered both economic and non-economic damages in an amount to be proven at trial.

168.     Additionally, the acts of Defendants and their employees and agents, as set

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

24

forth above, demonstrate gross and wanton negligence in that each of them knew or had reason to know that their acts individually and collectively created an unreasonable risk of bodily harm to Alexander Chavez and a high probability that substantial harm would result.

169.     In causing the painful, barbaric and premature death of Alexander Chavez, Defendants and their employees and agents acted with an evil mind and a malignant heart warranting an award of punitive damages.

## COUNT IV

### Negligence and Gross Negligence

170.     Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

171.     At all relevant times, each and every Defendant had an individual and collective duty to exercise ordinary care for the safety of Alexander Chavez.

172.     This includes taking certain actions and refraining from other actions such that the Jail was operated in a manner that maintained effective custody and control over inmates in a safe, secure and humane environment.

173.     Defendants breached that duty systematically and repeatedly, including their acts and omissions set forth above, resulting in the Jail being operated in a manner such that presented a grave and imminent danger to Alexander Chavez.

174.     As a direct and proximate result of Defendants' breach, Alexander Chavez sustained severe and permanent injuries, endured extreme pain and suffering, lost the ability to have and maintain meaningful familial relationships, and eventually lost his life.

175.     Defendants' acts and omissions to act set forth above, also demonstrate gross and wanton negligence in that each of them knew or had reason to know that their acts individually and collectively created an unreasonable risk of bodily harm to Neil and a high probability that substantial harm would result.

## COUNT V

### Negligent Hiring, Training, Supervision and Retention

25

Mills + Woods Law, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

176.    Plaintiffs re-allege and incorporate by reference the allegations set forth in the preceding paragraphs of this Complaint.

177.    Defendants Maricopa, MCSO, CHS, Penzone, Tegeler, and Smith owed a duty to Alexander Chavez to ensure that their employees, officers and agents were qualified to serve in their respective roles before hiring and assigning employees to provide medical care for inmates.

178.    Defendants Maricopa, MCSO, CHS, Penzone, Tegeler, and Smith also owed Alexander Chavez a duty to ensure that their employees, officers, and agents were properly trained and possessed the skill and knowledge to perform their assigned job tasks in a competent manner.

179.    As set forth above, Defendants Maricopa, MCSO, CHS, Penzone, Tegeler, and Smith breached these duties.

180.    As a direct and proximate result of Defendants' breaches of these duties, Alexander Chavez was damaged in that he, among other things, suffered extreme pain and suffering, lost the ability to have and maintain meaningful familial relationships, lost his life and sustained other damages that will be demonstrated at trial.

## JURY TRIAL DEMAND

181.    Plaintiffs hereby demand a jury trial in this matter as to all claims and against all Defendants.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs requests that the Court enter judgment against the Defendants and in favor of the Plaintiffs, as follows:

a)    For compensatory, general and special damages against each and every Defendant, jointly and severally, in an amount to be proven at trial;

b)    For all other non-pecuniary damages as to be proven at trial;

c)    For punitive and exemplary damages against Defendants in an amount appropriate to punish the wrongful conduct alleged herein and to deter such conduct in the future;

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

26

d)  For pre-and post judgment interest to the extent provided by law;

e)  For Plaintiffs' incurred costs, including all incurred attorneys' fees and court costs, pursuant to 42 U.S.C. §1988 and as otherwise authorized by any other statute or law; and

f)  For such other relief as this Court may deem proper.

**RESPECTFULLY SUBMITTED** this 8th day of August 2023.

**MILLS + WOODS LAW, PLLC**

By_____*/s/ Sean A. Woods*_____
        Sean A. Woods
        Robert T. Mills
        5055 North 12th Street, Suite 101
        Phoenix, Arizona 85014
        *Attorneys for Plaintiffs*

**ORIGINAL** filed this 8th day of August 2023
via AZTurboCourt with the Clerk of the
Maricopa County Superior Court


_____*/s/ Ben Dangerfield*_____

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

27

Attachment 4

*PS Gary Steiner MC 7767 Accepted by SV 10/31/23 @ 2:36 pm F-10*

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411134

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

*SV   SdC   P.S*
*RECEIVED OCT 3 1 2023*
*20388986   CK*
*KAS KBdS*
*11/3/2023*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Arturo Dimas

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set #8182643

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

*P.S.* Gary Steiner MC 7767    Accepted by SV 10/31/23 @ 2:30pm    F10

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411140

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

SV    S&C    P.S.
RECEIVED OCT 3 1 2023    CW
20388986

KH6/13015
11/3/2023

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Daniel Hawkins JR

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set #8182643

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411148

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),

v.

County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Gregory Hertig

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
Answer in writing with the Court, and you must pay the required filing fee. To file your
Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents
in this case.

3. If this Summons and the other court papers were served on you within the State of
Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
date of service, not counting the day of service. If this Summons and the other court papers
were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411146

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

*SV  SdC    P.S*
*RECEIVED OCT 3 T 2023  CIL*
*20388956*

*KAS KBCIS*
*11/3/2023*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Trevor Martin

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
Answer in writing with the Court, and you must pay the required filing fee. To file your
Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents
in this case.

3. If this Summons and the other court papers were served on you within the State of
Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
date of service, not counting the day of service. If this Summons and the other court papers
were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

PS. *Greg Steiner MC 7767*   *Accepted by SV 10/31/23 @ 2:30 p* *F10*

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411142

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

*SV   S&C   P.S.*
*RECEIVED OCT 3 1 2023   CIC*
*Z0388986*

*KMG*
*Naas*
*11/3/2023*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Javier Montano

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411132

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

SV ..... S & C .. P.S.
RECEIVED OCT 3 1 2023 cll
20388986
KMB
X30/5
11/3/2023

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Kyle Moody

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

PS Gary Steiner MC7767       Accepted by JV 10/31/23 @ 2:30 pm

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411136

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

SV    S&C    P.S.
RECEIVED OCT 3 1 2023    CK
20388986

PMG 13615
11/3/2023

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Tyler Park

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u> Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411128

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

RECEIVED
OCT 3 1 2023
20388986

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Paul Penzone

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411126

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Brandon Smith

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u> Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZTurboCourt.gov Form Set #8182643

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZtubrboCourt.gov Form Set #8382643

2

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DEBRA MORALES RUIZ; *et al.*, | Case No.: CV2023-012042 |
| Plaintiffs, | |
| vs. | **ACCEPTANCE OF SERVICE OF PROCESS** |
| COUNTY OF MARICOPA; *et al.*, | |
| Defendants. | |

On behalf of and as counsel for Defendants John Chester, Morgan Rainey, and Stefanie Marsland in the above-captioned action ("Defendants"), I hereby acknowledge that I have received from Plaintiffs' counsel copies of the Summonses to the Defendants, the Certificate of Compulsory Arbitration, and the Complaint in said action, and I hereby agree, pursuant to Ariz. R. Civ. P. 4(f)(2), to accept receipt of same in place of proper service of process in the manner provided by the Arizona Rules of Civil Procedure. Defendants will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in service of process.

**EXECUTED** on ___Nov 21, 2023___

*Joseph Vigil*
Joseph Vigil (Nov 21, 2023 14:37 MST)
_____
Joseph I. Vigil

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411123

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: County of Maricopa

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZTurboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411122

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Debra Morales Ruiz, et al.<br>Plaintiff(s),<br>v.<br>County of Maricopa, et al.<br>Defendant(s). | Case No. **CV2023-012042**<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Sean A. Woods /s/
       Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411120

1  Sean A. Woods (Arizona Bar #028930)
   Robert T. Mills (Arizona Bar #018853)
2  **MILLS + WOODS LAW, PLLC**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014
4  Telephone 480.999.4556
5  docket@millsandwoods.com
   swoods@millsandwoods.com
6  *Attorneys for Plaintiffs*

7           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8             **IN AND FOR THE COUNTY OF MARICOPA**

9  DEBRA MORALES RUIZ, an individual,          **CASE NO: CV2023-012042**
   for herself and on behalf of and as pending
10 Personal Representative of THE ESTATE             **COMPLAINT**
   OF   ALEXANDER   CHAVEZ;   ALEX
11 GEORGE CHAVEZ, an individual,

12                                                **(JURY TRIAL DEMANDED)**
                      Plaintiffs,
13
                vs.
14
15 COUNTY     OF    MARICOPA,     a
   governmental    entity;    MARICOPA
16 COUNTY    SHERIFF'S    OFFICE,    a
   governmental     entity;    MARICOPA
17 COUNTY   CORRECTIONAL   HEALTH
   SERVICES,    a    governmental    entity;
18 BRANDON   SMITH   and   JANE   DOE
   SMITH; PAUL PENZONE and JANE
19 DOE PENZONE; THOMAS TEGELER
   and   JANE   DOE   TEGELER;   KYLE
20 MOODY   and   JANE   DOE   MOODY;
   ARTURO   DIMAS   and   JANE   DOE
21 DIMAS; TYLER PARK and JANE DOE
   PARK; GERARDO MAGAT and JANE
22 DOE MAGAT; DANIEL HAWKINS JR.
   and   JANE   DOE   HAWKINS;   JAVIER
23 MONTANO and JANE DOE MONTANO;
   JAMES    DAILEY   and   JANE   DOE
24 DAILEY; TREVOR MARTIN and JANE
   DOE MARTIN; GREGORY HERTIG and
25 JANE DOE HERTIG; JOHN CHESTER
26 and   JANE   DOE   CHESTER;   JORGE
27
28

*MILLS + WOODS LAW, PLLC*
*5055 North 12th Street, Ste 101*
*Phoenix, AZ 85014*
*Telephone: 480.999.4556*

ESPINOSA   JR.   and   JANE   DOE
ESPINOSA;  MORGAN  RAINEY  and
JOHN   DOE   RAINEY;   STEFANIE
MARSLAND    and    JOHN    DOE
MARSLAND; and, JOHN AND JANE
DOES 1-40,

Defendants.

Plaintiffs Debra Morales Ruiz ("Debra"), the Estate of Alexander Robert Chavez

("Alexander"), and Alex George Chavez ("George"), by and through their attorneys, Mills

+ Woods Law PLLC, for their Complaint against Defendants Maricopa County

("Maricopa"), Maricopa County Sheriff's Office ("MCSO"), Maricopa County

Correctional Health Services ("CHS"), Brandon Smith ("Smith"), Paul Penzone

("Penzone"), Thomas Tegeler ("Tegeler"), Kyle Moody ("Moody"), Arturo Dimas

("Dimas"), Tyler Park ("Park"), Gerardo Magat ("Magat"), Daniel Hawkins Jr.

("Hawkins"), Javier Montano ("Montano"), James Dailey ("Dailey"), Trevor Martin

("Martin"), Gregory Hertig ("Hertig"), John Chester ("Chester"), Jorge Espinosa Jr.

("Espinosa"), Morgan Rainey ("Rainey"), and Stefanie Marsland ("Marsland")

(collectively "Defendants") allege and state as follows:

## INTRODUCTION

1.      Alexander Chavez was a young and vibrant 32-year-old.

2.      He made mistakes, was arrested, and was booked into the Lower Buckeye

Jail.

3.      He was a loving son, brother, and uncle and doted on his family, providing

emotional and financial support to them.

4.      He had his whole life ahead of him and was trying his best to get back on his

feet.

2

5. Mr. Chavez's booking number was T796431 and his date of birth was 08/31/1989.

6. Mr. Chavez arrived at the Lower Buckeye Jail (the "Jail") on August 5, 2022 and was transported to the hospital on or about August 8, 2022 due to injuries he suffered under Defendants' lack of care in MCSO's facilities.

7. He died from these injuries on August 12, 2022.

## **THE PARTIES**

8. Plaintiff Debra is an adult individual who resides in Maricopa County, Arizona.

9. Debra is next of kin, mother to Alexander Chavez ("Chavez"), and the pending Personal Representative for Plaintiff the Estate of Alexander Robert Chavez ("Estate").

10. Plaintiff George is an adult individual who resides in Maricopa County, Arizona and is the father of Chavez.

11. Defendant Maricopa is a governmental entity that acts by and through its officials, employees and agents, including without limitation the MCSO, and each of the Defendants Smith, Penzone, Tegeler, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, Chester, Espinosa, Rainey, and Marsland.

12. Defendant MCSO is a governmental entity that acts by and through its officials, employees and agents, including without limitation each of the Defendants Smith, Penzone, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, and Espinosa.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

3

13.     Defendant CHS is a governmental entity that acts by and through its officials, employees and agents, including without each of the Defendants Tegeler, Chester, Rainey, and Marsland.

14.     Defendant Captain Brandon Smith was at all times relevant to this complaint, a Captain of the MCSO's Detention division and is sued in his official and individual capacity. He is tasked with oversight of the MCSO Detention centers and employees under his command and is responsible for all policies and procedures promulgated by the MCSO. He is an agent of Maricopa and the MCSO, operating in his official and individual capacity in Maricopa County, Arizona.

15.     Defendant Sheriff Paul Penzone is sued in her official and individual capacity. He was tasked with oversight of the MCSO and was responsible for all policies and procedures promulgated by the MCSO. He is an agent of Maricopa and the MCSO, operating in his official and individual capacity in Maricopa County, Arizona.

16.     Defendant Officer Kyle Moody is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

17.     Defendant Officer Arturo Dimas is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

18.     Defendant Officer Tyler Park is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona

19.     Defendant Officer Gerardo Magat is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

4

20.     Defendant Officer Daniel Hawkins, Jr. is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

21.     Defendant Officer James Dailey is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

22.     Defendant Officer Trevor Martin is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

23.     Defendant Officer Gregory Hertig is employed by, and serving as an agent of, Maricopa, and the MCSO. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona

24.     Defendant Thomas Tegeler was at all relevant times in this complaint upon information and belief the Director of CHS, employed by, and serving as an agent of, Maricopa, and CHS. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

25.     Defendant John Chester is employed by, and serving as an agent of, Maricopa, and CHS. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

26.      Defendant Morgan Rainey is employed by, and serving as an agent of, Maricopa, and CHS. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

27.     Defendant Stefanie Marsland is employed by, and serving as an agent of, Maricopa, and CHS. At all relevant times he was operating in his official and individual capacity in Maricopa County, Arizona.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

28.       Defendants Smith, Penzone, Moody, Dimas, Park, Magat, Hawkins, Dailey, Martin, Tegeler, Chester, Rainey, Marsland, and Hertig were acting for the benefit of their respective marital communities, if any, and therefore their respective marital communities are liable for their actions as set forth herein. Accordingly, Defendants Jane Doe Smith, Jane Doe Penzone, Jane Doe Moody, Jane Doe Dimas, Jane Doe Park, Jane Doe Magat, Jane Doe Hawkins, Jane Doe Dailey, Jane Doe Martin, Jane Doe Tegeler, Jane Doe Chester, John Doe Rainey, John Doe Marsland, and Jane Doe Hertig are named as Defendants herein.

29.       Defendant Maricopa is vicariously liable under the principle of *respondeat superior* for the actions and inactions of the employees of the MCSO, CHS, and any private contractors including those employees or contractors named as defendants in this action, as to any claims that are asserted by Plaintiffs as a result of violations of the Arizona Constitution and Arizona common law because, at all relevant times, those Defendants were acting within the course and scope of their employment or contract with MCSO, CHS, or entities privately contracted with MCSO or CHS.

30.       Defendant MCSO is vicariously liable under the principle of *respondeat superior* for the actions and inactions of the employees of the MCSO and any private contractors including those employees or contractors named as defendants in this action, as to any claims that are asserted by Plaintiffs as a result of violations of the Arizona Constitution and Arizona common law because, at all relevant times, those Defendants were acting within the course and scope of their employment or contract with MCSO or entities privately contracted with MCSO.

31.       Defendant CHS is vicariously liable under the principle of *respondeat superior* for the actions and inactions of the employees of the CHS and any private contractors including those employees or contractors named as defendants in this action,

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

as to any claims that are asserted by Plaintiffs as a result of violations of the Arizona Constitution and Arizona common law because, at all relevant times, those Defendants were acting within the course and scope of their employment or contract with CHS or entities privately contracted with CHS.

32.     For purposes of Plaintiffs' claims arising under Federal law, including without limitation the United States Constitution and 42 U.S.C. §1983 *et seq.*, and as may be relevant to Plaintiff's state law claims, at all relevant times described herein, Defendants were acting under color of state law.

## JURISDICTION AND VENUE

33.     Pursuant to 42 U.S.C. §1983 *et seq.*, Plaintiffs bring this action for violations of the United States Constitution, including without limitation the Fourth, Eighth, and Fourteenth Amendments and Arizona common and statutory laws.

34.     The amount in controversy exceeds the minimal jurisdictional limits of this Court.

35.     To the extent applicable, and without conceding that said statute applies, Plaintiffs have served their Notice of Claim upon Defendants in compliance with A.R.S. §12-821.01, *et seq.* More than sixty (60) days have expired since Plaintiffs served their Notice of Claim and Defendants have not responded in any manner to said Notice of Claim.

36.     Pursuant to Article 6, Section 14 of the Arizona Constitution, this court has original subject matter jurisdiction in this Complaint because the claims relate to causes of action, the underlying acts and/or omissions for which, at all times relevant, have caused the events alleged herein to occur with primary effect in Maricopa County, Arizona.

37.     Venue is proper in that the specific acts giving rise to the causes of action alleged herein occurred with primary effect in Maricopa County, Arizona.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

**FACTUAL ALLEGATIONS**

38.     On August 5, 2022, in Chavez' intake documents, the Jail classified him properly as a sub-classification of "Psychiatric."

39.     Despite this initial sub-classification, Chavez was sent to General Population on August 6, 2022.

40.     Chavez attempted suicide shortly after being booked.

**FIRST SUICIDE ATTEMPT**

41.     On August 6, 2022, upon information and belief, Chavez attempted to take his life by overdosing on seven pills of fentanyl. He was found with a baggy of over 250 Fentanyl pills.

42.     Chavez was transferred to the hospital and told the attending physicians that he had snorted seven (7) fentanyl pills.

43.     How fentanyl made it into Chavez' hands at a secured Jail facility is beyond comprehension.

44.     MCSO, CHS, and their employees, agents, medical professionals, and officers are there to prevent unauthorized drugs, weapons, and other restricted materials from being introduced into the Jail. Chavez was only there for one day before he was able to get his hands on enough fentanyl to attempt suicide.

45.     Chavez got his hands on the pills and attempted suicide.

46.     A note was added to Chavez' file on August 6, 2022 by stating "SUICIDE PREVENTION/AWARENESS FLYER PROVIDED TO INMATE."

47.     This was added to the file by both Morgan Rainey and John Chester.

48.     At that very moment Chavez should have and was required to have been kept in the psychiatric unit and placed on suicide watch according to Maricopa, MCSO and CHS policies and procedures.

8

49.     Maricopa, MCSO, CHS, their employees, agents, and officers failed in the most basic of tasks.

50.     To be clear, had Chavez been put on suicide watch, he would still be alive today.

51.     By failing to meet even the least stringent requirements, and by placing Chavez back into general population – rather than on suicide watch – Maricopa, MCSO, CHS, their employees, agents, and officers implicitly signed Chavez' proverbial death warrant.

52.     To attempt to cover their actions, Rainey had Chavez sign a waiver form refusing Administrative Restrictive Housing.

53.     They just let an opiate addict who had just attempted to end his life enter general population.

54.     Adding further insult to injury, Maricopa, MCSO, CHS, their employees, agents, and officers disciplined Chavez for Promoting Prison Contraband and Possession of an Unauthorized Substance – added to Chavez' file by John Chester.

55.     There were ample opportunities and reasons to assign Chavez to the proper classifications and put him on suicide watch.

56.     None of the Defendants did so.

57.     It is clear that Maricopa, MCSO, CHS, their employees, agents, and officers only concern was to punish Chavez – not to properly classify him and put him on suicide watch to prevent his death.

58.     Maricopa, MCSO, CHS, their employees, agents, health professionals, and officers knew that Chavez was going to be facing severe opiate withdrawals.

59.     In fact, medical records show that Chavez was seen by staff because he was opiate dependent, was in severe withdrawal, was classified as "Red Dot" due to an acute

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

illness, was supposed to be put on opiate protocol with medications, and was required to be put in a lower bunk.

60.     Chavez – nearly immediately after being placed in general population began experiencing extreme symptoms of opiate withdrawal.

61.     On August 7, 2022, he was found in the fetal position in the day room holding his breath.

62.     When staff threatened him with being placed in a monitored room, he reacted by breathing.

63.     They placed him and his "mat" back into his jail cell and left him there.

64.     On August 8, 2022, an unknown RN Nurse Manager updated Chavez' file to indicate he had a history of severe opiate withdrawal.

65.     The records show that he was supposed to be placed under opiate protocol and administered multiple prescriptions including Hydroxyzine, Loperamide, and Ondansetron.

66.     Records show that only one dose of Hydroxyzine was administered.

67.     Defendants left him alone in his cell without administering further medications to help Chavez survive his withdrawal symptoms.

68.     Chavez was in extreme pain and distress having to deal with his withdrawal symptoms without assistance.

## SECOND SUICIDE ATTEMPT AND SUBSEQUENT DEATH

69.     Had Defendants actually followed the opiate protocol and performed any of their basic duties and procedures, Chavez would not have dealt with the awful side effects of opiate withdrawal.

70.     According to a study from the National Library of Medicine on Opiate Withdrawal: Opioid withdrawal syndrome is a life-threatening condition resulting from opioid dependence.

71.     Had Defendants actually cared about the life and safety of Chavez, his withdrawal symptoms would have been manageable.

72.     Had he been on suicide watch in the psychiatric unit, he would not have had the opportunity to attempt suicide again and certainly would have been found much sooner following his suicide attempt.

73.     This critical time – at least 25 minutes unattended – caused Chavez to suffer severe brain injuries that ultimately led to his death.

74.     According to records:

Alexander Chavez is a 31-year-old male seen by stroke neurology on 8/8/2022 for a right vertebral artery thrombus, V2 segment. He is seen following transfer from jail where he was found following hanging by the neck, having been unattended for an estimated 25 minutes.

When he was initially found by the officer in his charge no pulses were palpable. CPR was performed for 10 minutes.

Upon arrival of EMS he was intubated. He was subsequently transferred to BUMCP. Unclear when ROSC was achieved.

He received 5 mg midazolam and 250 mg phenobarbital in the trauma bay due to movements that were interpreted as potential seizure activity.

CT head without contrast was, per my independent review, uninterpretable due to motion artifact, although the radiology report does indicate that there is concern for anoxic brain injury.

CT angiogram of the head and neck, per my review, does show a thrombus in the right vertebral artery, V2 segment, at the level of C3–4 vertebrae.
#Intravascular thrombus, V2 segment of right vertebral artery at the level of C3-4 vertebrae
#Concern for anoxic brain injury

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

11

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

#Found following presumptive suicide attempt, hanging in jail, pulseless when found
#UDS positive for methamphetamine

75.     Furthermore, according to records, Chavez presented as a trauma red for evaluation after being found hanging. Records note that:

> Patient was found hanging in his cell at a local jail. He was noted to still be touching the ground and presumed to have been unattended for approximately 25 minutes at the time he was found. When he was cut down, he was noted to be unresponsive without any spontaneously respiratory effort. He did have a pulse when found, which he maintained through transport. An oral airway was placed and he was brought to the trauma bay with active bagging taking place. He is unable to provide any history. Per EMS, he has no known medical history.

76.     Chavez eventually died from his injuries on August 12, 2022.

**FAILURE TO ASSESS, CLASSIFY, AND MONITOR**

77.     Defendants failed to perform proper assessments as to Chavez' mental state, conditions, and illnesses.

78.     Chavez was pushed through the assessment process quickly so that Defendants could put him in a cell and ignore him.

79.     Penzone and Smith are charged with implementing and maintaining policies and procedures for the MCSO and its jails – including the Lower Buckeye Jail. They are also charged with oversight of their jail facilities. As such, they are required to review employee actions regularly to ensure MCSO policies and procedures are being followed.

80.     Tegeler is charged with implementing and maintaining policies and procedures for the CHS and its facilities – including the Lower Buckeye Jail medical facilities. He is also charged with oversight of CHS' facilities. As such, he is required to review employee actions regularly to ensure CHS policies and procedures are being followed.

12

81.     Their lack of proper oversight at the Jail led directly to lax behavior by Maricopa, MCSO, and CHS staff.

82.     To wit, headcounts were clearly not regularly performed at the required intervals.

83.     Furthermore, it is apparent that no proper oversight has occurred with inmate evaluations - both security based and medical based.

84.     According to shift logs obtained via public records request, the last time officers or guards made rounds and "put eyes on" Chavez prior to his suicide attempt was at 1700 hours August 8, 2022.

85.     Smith, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, and Espinosa upon information and belief were working at the Jail on the day of Chavez' death.

86.     Each had a responsibility to ensure the safety and well-being of Chavez. Each of them could have – at any time – classified Chavez as needing to be under suicide watch.

87.     They did not.

88.     Each of them could have – at any time – performed the proper headcounts at the proper intervals.

89.     They did not.

90.     Chavez was assigned bunk Cell-A 03 on the day of his death. The location of his bunk was Floor 3 HOUSE 34 POD A (LBJF:34:A:10:01) at the Jail in Phoenix, Arizona.

91.     This bunk is also known – based on records received from MCSO – as "T34A.03"

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

92.     The Correctional Officers (hereinafter "CO" or "COs") who actually conducted patrols and headcounts on the day of Chavez' death and up to his death were Officers Park, Magat, Hawkins, Espinosa, and Moody.

93.     According to Officer Moody's (B4996) Incident Report:

> On 08/08/2022 at the Lower Buckeye Jail located at 250 W Lower Buckeye Rd, Phoenix, AZ 85009, at approximately 1825 hours, I conducted a security walk in T34 A pod. During the security walk, as I approached cell T34A.03, I observed an inmate, later identified as Inmate Chavez, Alexander T796431 sitting on the ground, at the back of the cell, in between the table and the bunks inside the cell. Inmate Chavez had an MCSO issued sheet, in what appeared to be tied into the shape of a noose, around his neck, with the other end tied to the top bunk inside of the cell. Immediately upon observing this, I made a radio call requesting for additional officers to respond and bring a 911 tool.

94.     From 1700 – 1825 hours, Chavez was left on his own.

95.     There are entries on the shift logs for rounds every hour on the hour.

96.     The 1800 entry is blank.

97.     Nobody performed their security checks or rounds at 1800 hours.

98.     As discussed above, Chavez' estimated time of his suicide attempt was about 25 minutes prior to being found.

99.     Again, if any of Smith, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, and Espinosa had properly performed their duties, Chavez would have been observed at 1800 hours and would have been stopped from attempting suicide.

100.    The MCSO shift logs have entries for a patrol and review of headcount for every hour of the day.

101.    Officers skipped their patrol and headcount for the 1800 hour – Instead waiting nearly half an hour past 1800 to conduct the 1800 headcount

102.    This 25-minute gap was critical and a direct cause of Chavez' subsequent death.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

103.    According to I ELIZARRARAS' (S2178) Incident Report, IR22020649,

- The jail surveillance video was reviewed briefly, and this is a general summary of the events that occurred. For full details of the event, reference the jail surveillance video submitted. The times frames provided are the ones observed on the video. The following is what I observed:
- 1824 hours: Detention Officer Moody (B4996) enters T34 A Pod and begins to make a radio call while in front of cell 3 (T34A.03).
- 1825 hours: Detention Officer Moody enters the cell. Medical staff also enters the cell. Inmate Chavez is removed from the cell.
- 1826 hours: Detention Officer Moody begins providing inmate Chavez chest compressions. Medical staff arrives with a gurney. AED was on site.
- 1833 hours: Inmate Chavez is placed on the gurney and moved out of T34 A Pod housing unit. Detention Officer Moody continues with chest compressions.
- 1832 hours: Phoenix Fire Engine & Engine #21 arrive at LBJ.
- 1834 hours: Phoenix Fire Engine arrive at LBJ main clinic.
- 1836 hours: Inmate Chavez arrives at the LBJ main clinic.
- 1841 hours: Inmate Chavez is moved out of LBJ main clinic by Phoenix Fire.
- 1843 hours: Phoenix Fire Ambulance #21 departs with inmate Chavez

104.    At approximately 1837 hours, after arriving to the LBJ main clinic, Phoenix Fire personnel took over for CPR and rescue attempts by tapping Officer Moody's arm and telling him, "You can stop." Phoenix Fire personnel also stated they could feel a carotid pulse at that time.

105.    It took another seven minutes to get Chavez on the road to the Emergency Room.

106.    It took another 12 minutes to arrive to Banner Good Samaritan Hospital.

107.    It took nearly a full hour following Chavez' suicide attempts to provide trauma care for his injuries.

108.    There lies a concept in medical care that a patient must be seen and provided definitive care within one hour of the injuries. This concept is called the "Golden Hour."

15

While some patients can recover fully with proper immediate care, a lack of oxygen to the brain is deadly to a human being within minutes.

109.     According to the National Library of Medicine, "Attempted suicidal hanging: an uncomplicated recovery" written by Sarathchandra Kodikara, Dec 2012 found and retrieved January 25, 2023 at https://pubmed.ncbi.nlm.nih.gov/22333907/:

> Although hanging is common across the world, survival after attempted hanging is very rare with death usually *occurring within minutes* or over the first 24 hours. If the person survives the initial event, later he/she may die because of the severity of the initial hypoxic and ischemic brain damage. Survival from hanging is often associated with various complications including a large variety of neurological consequences. This case report highlights a rare case of survival in attempted hanging of a 35-year-old man, with previous suicide ideation. Within 15 minutes of the incident, he was brought to a tertiary care hospital. On admission, he was unconscious and the Glasgow Coma Scale was 4 with tachycardia, weak pulse, bradypnea, and shallow breathing. With vigorous and prompt resuscitation methods, he gradually recovered without any residual neurological outcome. Prognostically good results could be achieved, if such victims are vigorously and promptly resuscitated, irrespective of their initial presentation. (emphasis added).

110.     In that report, a man attempted to hang himself, but was found and brought to a hospital within 15 minutes of the injury. That man survived.

111.     In Chavez' case, he wasn't found for at least 25 minutes – probably longer – and was effectively brain dead. There is no coming back from brain death.

112.     Not only was Chavez not treated properly until at a bare minimum of 56 minutes, but he had also been left without oxygen to the brain for over 25 minutes prior to discovery of his attempted suicide.

113.     If not for the egregious and grossly negligent actions of Defendants and potentially unknown at this time employees, agents, and officers, Alexander Chavez would have benefited from life-saving prompt treatment of his traumatic injuries.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

16

114.    Myriad clinical research studies illustrate significantly improved patient outcomes for patients discovered within minutes of a hanging.

115.    The officers here ignored their duties and did not perform a headcount at 1800 hours as required.

116.    This – coupled with Alexander not being on suicide watch – created an inability to have discovered Chavez to prevent him from hanging for over 25 minutes.

117.    It is incumbent upon Paul Penzone and the wardens, captains, directors, supervisors, corrections officers, Smith, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, Espinosa and the MCSO to fulfill the duty assured to Alexander Chavez and all inmates under the United States Constitution, including without limitation:

- Maintain physical control over all inmates to prevent harm to both staff and other inmates; and
- Implement, evaluate and maintain security procedures and protocols in accordance with industry standards to protect both staff and other inmates; and
- Act affirmatively to protect inmates when a potential threat or risk of harm to either staff or another inmate becomes known to them; and
- Hire, train, and supervise corrections officers and staff in a manner that thoroughly ensures the mission of the Arizona Department of Corrections is carried out regarding the physical protection of all staff and inmates; and
- Maintain strong presence of supervision, control, and oversight over corrections officers and all prison personnel; and
- Provide medical care and treatment for all inmates according to the standard of care recognized by the industry.

118.    Based upon the deliberate indifference to the security of Alexander Chavez' physical person relative to the events leading up to the suicide attempt, coupled with the egregiously negligent and deliberately indifferent actions of Defendants in failing to properly assess Alexander Chavez' mental state and condition, it is evident that Maricopa, MCSO, CHS, its wardens, associate wardens, directors, captains, commanders,

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

17

supervisors, corrections officers, health professionals, and staff have breached each of these duties proscribed by law.

119.     As a direct and proximate result of these myriad breaches, Alexander Chavez died.

120.     Each of the Defendants were negligent, and in fact grossly negligent, in that they had a nondelegable duty to care for and protect Chavez and failed to act despite realizing that their acts, omissions to act and other conduct created a high probability that substantial harm would be visited upon Alexander Chavez.

121.     Further, the acts and omissions detailed herein constitute additional actionable torts under statutes of the State of Arizona and common law.

122.     The actions of the MCSO through Sheriff Paul Penzone, the Jail through Brandon Smith, and MCSO employees, agents, and corrections officers including Smith, Moody, Dimas, Park, Magat, Hawkins, Montano, Dailey, Martin, Hertig, and Espinosa have violated the rights of Alexander Chavez under the United States and Arizona Constitutions, including without limit his Eighth and Fourteenth Amendment rights.

123.     The actions of CHS through Tegeler, Chester, Rainey, Marsland, and CHS employees and agents have violated the rights of Alexander Chavez under the United States and Arizona Constitutions, including without limit his Eighth and Fourteenth Amendment rights.

124.     Following Chavez' second suicide attempt, Chavez was classified with the following flags:

- 841 Red Dot 8/5/2022 8/5/2022
- 96 COWS 8/7/2022 8/7/2022 8/21/2022
- 834 Opioid Use 8/7/2022 8/7/2022
- 167 Bottom Bunk (BB) 8/7/2022 8/7/2022

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

- 168 Bottom Tier (BT) 8/7/2022 8/7/2022
- 193 No Work No Tents (NWNT) 8/7/2022 8/7/2022
- 828 Proxy Medium 8/7/2022 8/7/2022
- 161 Suicide Attempt History While Incarcerated 8/9/2022 8/9/2022
- 52 Suicide Watch - Potential 8/9/2022 8/9/2022
- He was also classified with "Problems" by CHS:
- Red Dot 8/5/2022
- COWS 8/6/2022
- Opioid Use 8/6/2022
- Bottom Bunk (BB) 8/6/2022
- Bottom Tier (BT) 8/6/2022
- No WorkNo Tents (NWNT) 8/6/2022
- Suicide Attempt History While Incarcerated 8/8/2022
- Suicide Watch - Potential 8/8/2022

125.    On August 8, 2022 at 6:59PM, after he had already hung himself, Chavez was added to the Suicide Watch list.

126.    Had the Defendants done a proper assessment of Chavez' mental state, it would have been easily discerned that Chavez was in fact a suicide risk.

127.    In fact, CHS knew that Chavez was a suicide risk after his first suicide attempt.

128.    Rainey provided Chavez with a Suicide Prevention/Awareness pamphlet in the early hours of August 6, 2022 and then Chavez was re-classified from psychiatric to general population and thrown out to deal with his withdrawal symptoms with no help.

129.    Defendants could have properly assessed his condition and placed him on suicide watch at intake – instead of after the fact.

130.     The actions and inactions of Defendants – including those individuals known or unknown –violated the Eighth Amendment to the United States Constitution, which is mirrored by Art. 2 § 15 of the Arizona Constitution. Such violations of civil rights are actionable pursuant to 42 U.S.C. § 1983 et seq. As the United States Supreme Court has determined:

131.     The [Eighth] Amendment embodies

'broad and idealistic concepts of dignity, civilized standards, humanity, and decency' against which we must evaluate penal measures. Thus, we have held repugnant to the Eighth Amendment punishments which are incompatible with 'the evolving standards of decency that mark the progress of a maturing society,' or which 'involve the unnecessary and wanton infliction of pain.' These elementary principles establish the government's obligation to provide medical care for those whom it is punishing by incarceration. An inmate must rely on prison authorities to treat his medical needs; if the authorities fail to do so, those needs will not be met. In the worst cases, such a failure may actually provide physical 'torture or a lingering death,' the evils of most immediate concern to the drafters of the Amendment. In less serious cases, denial of medical care may result in pain and suffering which no one suggests would serve any penological purpose. The infliction of such unnecessary suffering is inconsistent with contemporary standards of decency as manifested in modem legislation codifying the common law view that '(i) is but just that the public be required to care for the prisoner, who cannot by reason of the deprivation of liberty, care for himself.' We therefore conclude that deliberate indifference to serious medical needs of prisoners constitutes the 'unnecessary infliction of pain.'

*Estelle v. Gamble*, 429 U.S. 97, 102-05 (1976) (internal citations omitted).

## COUNT I

## Violation of Civil Rights Under the Eighth and Fourteenth Amendments and 42 U.S.C. § 1983.

132.     Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

133.     The Eighth Amendment to the United States Constitution, which applies to the Defendants pursuant to the Due Process Clause of the Fourteenth Amendment, forbids

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

one who acts under color of state law from being deliberately indifferent to the serious needs of individuals in their care, custody and control.

134.    At all relevant times, Defendants were acting under color of law.

135.    At all relevant times, Alexander Chavez was in the care, custody and control of Defendants.

136.    Among other things, Defendants, through their education and training, knew or should have known the procedures for an accurate and careful assessment of an inmate who had already attempted suicide, but deliberately ignored that fact and failed to keep Alexander Chavez under suicide watch that would have kept Alexander Chavez alive.

137.    Among other things, Defendant are aware or should be aware of their responsibilities and duties toward an inmate who had already attempted suicide – namely keeping him under suicide watch.

138.    Among other things, Defendants are aware or should be aware of security issues that can arise based on their experience and their various responsibilities and duties required to provide a safe and secure environment for inmates of the Jail.

139.    The conduct of Defendants in this regard was objectively unreasonable and was undertaken with a willful, reckless and malicious indifference to the constitutional rights and liberty interests of Alexander Chavez and the Plaintiffs, and with no regard to the likelihood that harm would and did result, and that Alexander Chavez would and did suffer needlessly while in their care.

140.    The deliberate indifference to the serious needs of Alexander Chavez constitutes unnecessary and wanton infliction of pain proscribed by the Eighth Amendment and is in violation of 42 U.S.C. §1983, whether the indifference is manifested by Defendants in response to Alexander Chavez' suicidal actions, or intentionally or delaying classifying Alexander Chavez as a suicide risk.

141.    As a direct and proximate result of the deliberate indifference of Defendants, Alexander Chavez suffered extraordinary pain and premature death, and Plaintiffs have suffered damages.

142.    As a direct and proximate result of the deliberate indifference of Defendants,

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

21

Plaintiffs have forever lost the liberty interest guaranteed to them by the Fourteenth Amendment to enjoy the companionship, society and support of Alexander Chavez.

143.     The acts and omissions of Defendants were of such a nature to entitle Plaintiffs each to an award of exemplary and punitive damages to punish the wrongful conduct alleged herein and to deter such conduct in the future.

144.     Pursuant to 42 U.S.C. §1988 and other applicable law, Plaintiffs are also entitled to an award of incurred attorneys' fees and costs.

## COUNT II

### Wrongful Death Pursuant to A.R.S. §12-611

145.     Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

146.     Defendants had a duty to assure the safety and well-being of Alexander Chavez while in their care, custody and control, a duty that included, without limitation, providing proper, appropriate and timely care to Alexander Chavez.

147.     Defendants breached their duties to Alexander Chavez, as identified in the allegations set forth in the paragraphs above.

148.     Despite being the sole caretakers of Alexander Chavez, Defendants were negligent and grossly negligent by failing to properly classify, place, and watch Alexander Chavez, that would have saved Alexander Chavez' life.

149.     Despite being assigned to monitor the security and welfare of the inmates housed in the Jail, Defendants were negligent and grossly negligent in their failure to perform their required duties in conducting inmate checks during the verified time of Alexander Chavez' second suicide attempt.

150.     Defendants undertook a duty to provide adequate supervision and classification to the inmates of the Jail. This includes (1) the duty to supervise all of its employees and agents, and (2) the duty to ensure that its employees and agents satisfy all federal, state, and applicable industry standards.

151.     Defendants breached their duties, as identified by the allegations set forth in the paragraphs above, by among things and without limitation willfully participating in a

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

practice or custom that denied Alexander Chavez adequate monitoring and placement, and by ratifying improper conditions, customs, policies, procedures and/or practices that jeopardized the safety of Alexander Chavez.

152.     Additionally, Defendant Maricopa is vicariously liable for the acts and omissions of their employees, including without limitation those employees listed herein as defendants,

153.     As a direct and proximate result of the negligent actions of Defendants and their employees and agents, Alexander Chavez suffered an untimely and preventable death.

154.     As a direct and proximate result of the negligent actions of Defendants and their employees and agents, Plaintiffs have been deprived of the continued companionship and society of their son and father, and have suffered and continue to suffer the loss of a loved one, affection, companionship, care, protection, guidance, as well as pain, grief, sorrow, anguish, stress, shock, mental suffering, and have suffered both economic and non-economic damages in an amount to be proven at trial.

155.     Additionally, the acts of Defendants and their employees and agents, as set forth above, demonstrate gross and wanton negligence in that each of them knew or had reason to know that their acts individually and collectively created an unreasonable risk of bodily harm to Alexander Chavez and a high probability that substantial harm would result.

156.     In causing the painful, barbaric and premature death of Alexander Chavez, Defendants and their employees and agents acted with an evil mind and a malignant heart warranting an award of punitive damages.

## COUNT III

## Survivorship Action Pursuant to A.R.S. §14-3110

157.     Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

158.     Defendants had a duty to assure the safety and well-being of Alexander Chavez while in their care, custody and control, a duty that included, without limitation, providing proper, appropriate and timely care to Alexander Chavez.

159.     Defendants breached their duties to Alexander Chavez, as identified in the

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

allegations set forth in the paragraphs above.

160.    Despite being the sole caretakers of Alexander Chavez, Defendants were negligent and grossly negligent by failing to properly classify, place, and watch Alexander Chavez, that would have saved Alexander Chavez' life.

161.    Despite being assigned to monitor the security and welfare of the inmates housed in the Jail, Defendants were negligent and grossly negligent in their failure to perform their required duties in conducting inmate checks during the verified time of Alexander Chavez' second suicide attempt.

162.    Defendants undertook a duty to provide adequate supervision and classification to the inmates of the Jail. This includes (1) the duty to supervise all of its employees and agents, and (2) the duty to ensure that its employees and agents satisfy all federal, state, and applicable industry standards.

163.    Defendants breached their duties, as identified by the allegations set forth in the paragraphs above, by among things and without limitation willfully participating in a practice or custom that denied Alexander Chavez adequate monitoring and placement, and by ratifying improper conditions, customs, policies, procedures and/or practices that jeopardized the safety of Alexander Chavez.

164.    Additionally, Defendant Maricopa is vicariously liable for the acts and omissions of their employees, including without limitation those employees listed herein as defendants,

165.    As a direct and proximate result of the negligent actions of Defendants and their employees and agents, Alexander Chavez suffered an untimely and preventable death.

166.    As a direct and proximate result of the negligent actions of Defendants and their employees and agents, Chavez endured extreme pain and suffering from August 6, 2022 until August 12, 2022, lost his ability to earn income following his death, and lost the ability to provide support to his family.

167.    As a result, Chavez suffered both economic and non-economic damages in an amount to be proven at trial.

168.    Additionally, the acts of Defendants and their employees and agents, as set

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

24

forth above, demonstrate gross and wanton negligence in that each of them knew or had reason to know that their acts individually and collectively created an unreasonable risk of bodily harm to Alexander Chavez and a high probability that substantial harm would result.

169.     In causing the painful, barbaric and premature death of Alexander Chavez, Defendants and their employees and agents acted with an evil mind and a malignant heart warranting an award of punitive damages.

## COUNT IV

### Negligence and Gross Negligence

170.     Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

171.     At all relevant times, each and every Defendant had an individual and collective duty to exercise ordinary care for the safety of Alexander Chavez.

172.     This includes taking certain actions and refraining from other actions such that the Jail was operated in a manner that maintained effective custody and control over inmates in a safe, secure and humane environment.

173.     Defendants breached that duty systematically and repeatedly, including their acts and omissions set forth above, resulting in the Jail being operated in a manner such that presented a grave and imminent danger to Alexander Chavez.

174.     As a direct and proximate result of Defendants' breach, Alexander Chavez sustained severe and permanent injuries, endured extreme pain and suffering, lost the ability to have and maintain meaningful familial relationships, and eventually lost his life.

175.     Defendants' acts and omissions to act set forth above, also demonstrate gross and wanton negligence in that each of them knew or had reason to know that their acts individually and collectively created an unreasonable risk of bodily harm to Neil and a high probability that substantial harm would result.

## COUNT V

### Negligent Hiring, Training, Supervision and Retention

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

176.   Plaintiffs re-allege and incorporate by reference the allegations set forth in the preceding paragraphs of this Complaint.

177.   Defendants Maricopa, MCSO, CHS, Penzone, Tegeler, and Smith owed a duty to Alexander Chavez to ensure that their employees, officers and agents were qualified to serve in their respective roles before hiring and assigning employees to provide medical care for inmates.

178.   Defendants Maricopa, MCSO, CHS, Penzone, Tegeler, and Smith also owed Alexander Chavez a duty to ensure that their employees, officers, and agents were properly trained and possessed the skill and knowledge to perform their assigned job tasks in a competent manner.

179.   As set forth above, Defendants Maricopa, MCSO, CHS, Penzone, Tegeler, and Smith breached these duties.

180.   As a direct and proximate result of Defendants' breaches of these duties, Alexander Chavez was damaged in that he, among other things, suffered extreme pain and suffering, lost the ability to have and maintain meaningful familial relationships, lost his life and sustained other damages that will be demonstrated at trial.

## JURY TRIAL DEMAND

181.   Plaintiffs hereby demand a jury trial in this matter as to all claims and against all Defendants.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs requests that the Court enter judgment against the Defendants and in favor of the Plaintiffs, as follows:

a)   For compensatory, general and special damages against each and every Defendant, jointly and severally, in an amount to be proven at trial;

b)   For all other non-pecuniary damages as to be proven at trial;

c)   For punitive and exemplary damages against Defendants in an amount appropriate to punish the wrongful conduct alleged herein and to deter such conduct in the future;

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

d) For pre-and post judgment interest to the extent provided by law;

e) For Plaintiffs' incurred costs, including all incurred attorneys' fees and court costs, pursuant to 42 U.S.C. §1988 and as otherwise authorized by any other statute or law; and

f) For such other relief as this Court may deem proper.

**RESPECTFULLY SUBMITTED** this 8th day of August 2023.

**MILLS + WOODS LAW, PLLC**

By    /s/ Sean A. Woods
Sean A. Woods
Robert T. Mills
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

**ORIGINAL** filed this 8th day of August 2023
via AZTurboCourt with the Clerk of the
Maricopa County Superior Court

    /s/ Ben Dangerfield

Attachment 5

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411122

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Sean A. Woods /s/
    Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411123

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: County of Maricopa

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411124

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Maricopa County Sheriff's Office

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u> Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #89182643

2

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411125

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Maricopa County Correctional Health Srvs

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u> Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8918264a

2

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411126

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Brandon Smith

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #8182643

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411127

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Smith

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411128

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Paul Penzone

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411129

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Penzone

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411130

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Thomas Tegeler

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411131

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Tegeler

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411132

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Kyle Moody

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.


GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA


SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411121

**Plaintiff's Attorneys:**

Sean A. Woods - Primary Attorney
Bar Number: 028930, issuing State: AZ
Law Firm: Mills + Woods Law, PLLC
5055 N. 12th St. Suite 101
Phoenix, AZ 85014
Telephone Number: (480)999-4556
Email address: swoods@millsandwoods.com

Robert T. Mills
Bar Number: 018853, issuing State: AZ
Law Firm: Mills + Woods Law, PLLC
Telephone Number: (480)999-4556

**CV2023-012042**

**Plaintiffs:**

Debra Morales Ruiz

The Estate of Alexander Chavez

Alex George Chavez

**Defendants:**

County of Maricopa

Maricopa County Sheriff's Office

Maricopa County Correctional Health Srvs

Brandon Smith

Jane Doe Smith

Paul Penzone

Jane Doe Penzone

Thomas Tegeler

AZTurboCourt.gov Form Set #8182643

Jane Doe Tegeler

Kyle Moody

Jane Doe Moody

Arturo Dimas

Jane Doe Dimas

Tyler Park

Jane Doe Park

Gerardo Magat

Jane Doe Magat

Daniel Hawkins JR

Jane Doe Hawkins

Javier Montano

Jane Doe Montano

James Dailey

Jane Doe Dailey

Trevor Martin

Jane Doe Martin

Gregory Hertig

Jane Doe Hertig

John Chester

Jane Doe Chester

AZTurboCourt.gov Form Set #8182643

Jorge Espinosa JR

Jane Doe Espinosa

Morgan Rainey

John Doe Rainey

Stefanie Marsland

John Doe Marsland

Discovery Tier t3

Case Category: Other Civil Case Categories
Case Subcategory: Civil Rights Violations

AZTurboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411133

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Moody

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411134

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Arturo Dimas

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411135

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Dimas

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8918643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411136

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Tyler Park

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411137

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Park

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411138

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Gerardo Magat

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #818264 3

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411139

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Magat

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

2

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411140

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Daniel Hawkins JR

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411141

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Hawkins

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,</u> <u>Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's</u> <u>approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u> Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

2

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411142

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Javier Montano

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #8182643

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411143

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Montano

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

2

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411144

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: James Dailey

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411145

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Jane Doe Dailey

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411146

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Trevor Martin

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

2

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411147

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Martin

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411148

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Gregory Hertig

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

2

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411149

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Hertig

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411150

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: John Chester

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411151

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Chester

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

2

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411152

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No. **CV2023-012042**

**SUMMONS**

To: Jorge Espinosa JR

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411153

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Debra Morales Ruiz, et al.
Plaintiff(s),
v.
County of Maricopa, et al.
Defendant(s).

Case No.  **CV2023-012042**

**SUMMONS**

To: Jane Doe Espinosa

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
8/8/2023 10:03:13 PM
Filing ID 16411154

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Debra Morales Ruiz, et al.<br>Plaintiff(s),<br>v.<br>County of Maricopa, et al.<br>Defendant(s). | Case No.  **CV2023-012042**<br><br>**SUMMONS** |

To: Morgan Rainey

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *August 08, 2023*

*JEFF FINE*
Clerk of Superior Court

By: *L. MARTINEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8182643

2



Office Distribution

# SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

**FILED**
10/18/2023
by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

10/14/2023                    COURT ADMINISTRATION

**Case Number:** CV2023-012042

**Debra Morales Ruiz**

**V.**

**County Of Maricopa**

The Judge assigned to this action is the Honorable John R Hannah

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 08/08/2023 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 11/06/2023. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number:  CV2023-012042

| Party Name | Attorney Name | |
|---|---|---|
| Alex George Chavez | Sean Woods | Bar ID:  028930 |
| Debra Morales Ruiz | Sean Woods | Bar ID:  028930 |
| Estate Of Alexander Chavez, The | Sean Woods | Bar ID:  028930 |

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2  PM 4: 22

1  T. Scott Legal Support Services
   Gary Steiner  ID# MC 7767
2  (480) 227-7297
3  Tscottlegal2007@aol.com

4  ## SUPERIOR COURT OF ARIZONA
   ## MARICOPA COUNTY
5

6  In re the matter of:                    )
7  DEBRA MORALES RUIZ,                      )      Case No: CV2023-012042
                                            )
8                                           )
9         Plaintiff(s),                     )      **CERTIFICATE OF SERVICE**
                                            )
10 v.                                       )
                                            )
11 COUNTY OF MARICOPA, et al.,              )
                                            )
12        Defendant(s).                     )
13 _____     )

14  1.    I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

15        Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I

16        received; Summons, Complaint and a Certificate Of Compulsory Arbitration from The

17        Plaintiff(s).

18  2.    I then proceeded to successfully serve the above described documents on the County Of

19        Maricopa at the Clerk of the Maricopa County Board of Supervisors, 301 W. Jefferson St.,

20        10th Fl., Phoenix, Arizona on October 30, 2023 at approximately 3:45 pm. I verified Deborah

21        Corwin, Special Deputy Clerk. could accept service and served her.

22  3.    This is considered to be personal service.

23  4.    The fee I charged for this service was $85.

24  **I declare under the penalty of perjury that the foregoing is true and correct**
25
                                                        11/2/23
26  _____                   _____
27  Gary Steiner                                        Date

28                                  Page 1

29

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2  PM 4: 22

T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

In re the matter of:                    )
                                        )
DEBRA MORALES RUIZ,                     )        Case No: CV2023-012042
                                        )
                                        )
        Plaintiff(s),                   )        **CERTIFICATE OF SERVICE**
                                        )
v.                                      )
                                        )
COUNTY OF MARICOPA, et al.,             )
                                        )
        Defendant(s).                   )
_____)

1.      I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

        Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I

        received; Summons, Complaint and a Certificate Of Compulsory Arbitration from The

        Plaintiff(s).

2.      I then proceeded to successfully serve the above described documents on Captain Brandon

        Smith, Maricopa County Sheriff's Department, 550 W. Jackson, Phoenix, Arizona on October

        31, 2023 at approximately 2:50 pm. I verified Stefany Vara, Legal Liaison, could accept

        service and served her.

3.      This is considered to be personal service.

4.      The fee I charged for this service was $85.

**I declare under the penalty of perjury that the foregoing is true and correct**

Gary Steiner                                     Date

Page 1

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2  PM 4: 22

T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

In re the matter of:            )
                                )
DEBRA MORALES RUIZ,             )        Case No: CV2023-012042
                                )
                                )
        Plaintiff(s),           )        **CERTIFICATE OF SERVICE**
                                )
v.                              )
                                )
COUNTY OF MARICOPA, et al.,     )
                                )
        Defendant(s).           )
_____)

1.    I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to
      Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I
      received; Summons, Complaint and a Certificate Of Compulsory Arbitration from The
      Plaintiff(s).

2.    I then proceeded to successfully serve the above described documents on Sheriff Paul
      Penzone, Maricopa County Sheriff's Department, 550 W. Jackson, Phoenix, Arizona on
      October 31, 2023 at approximately 2:50 pm. I verified Stefany Vara, Legal Liaison, could
      accept service and served her.

3.    This is considered to be personal service.

4.    The fee I charged for this service was $25.

**I declare under the penalty of perjury that the foregoing is true and correct**

Gary Steiner                              11/2/23
Gary Steiner                              Date

Page 1

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2 PM 4:22

1  T. Scott Legal Support Services
   Gary Steiner  ID# MC 7767
2  (480) 227-7297
   Tscottlegal2007@aol.com
3

4                    **SUPERIOR COURT OF ARIZONA**
                          **MARICOPA COUNTY**
5

6  In re the matter of:                    )
                                           )
7  DEBRA MORALES RUIZ,                     )        Case No: CV2023-012042
                                           )
8                                          )
                                           )
9           Plaintiff(s),                  )        **CERTIFICATE OF SERVICE**
                                           )
10 v.                                      )
                                           )
11 COUNTY OF MARICOPA, et al.,             )
                                           )
12          Defendant(s).                  )
                                           )
13 ——————————————————————————              )

14   1.    I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

15         Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I

16         received; Summons, Complaint and a Certificate Of Compulsory Arbitration from The

17         Plaintiff(s).

18   2.    I then proceeded to successfully serve the above described documents on Sheriff Kyle

19         Moody, Maricopa County Sheriff's Department, 550 W. Jackson, Phoenix, Arizona on

20         October 31, 2023 at approximately 2:50 pm. I verified Stefany Vara, Legal Liaison, could

21         accept service and served her.

22   3.    This is considered to be personal service.

23
     4.    The fee I charged for this service was $25.
24
     **I declare under the penalty of perjury that the foregoing is true and correct**
25

26   _(signature)_                              u / 2 / 23
27   Gary Steiner                               Date

28                              Page 1

29

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2 PM 4: 22

T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

In re the matter of:                    )
                                        )
DEBRA MORALES RUIZ,                     )          Case No: CV2023-012042
                                        )
                                        )
          Plaintiff(s),                 )          **CERTIFICATE OF SERVICE**
                                        )
v.                                      )
                                        )
COUNTY OF MARICOPA, et al.,             )
                                        )
          Defendant(s).                 )
_____        )

1.     I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

       Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I

       received: Summons, Complaint and a Certificate Of Compulsory Arbitration from The

       Plaintiff(s).

2.     I then proceeded to successfully serve the above described documents on Sheriff Arturo

       Dimas, Maricopa County Sheriff's Department, 550 W. Jackson, Phoenix, Arizona on October

       31, 2023 at approximately 2:50 pm. I verified Stefany Vara, Legal Liaison, could accept

       service and served her.

3.     This is considered to be personal service.

4.     The fee I charged for this service was $25.

**I declare under the penalty of perjury that the foregoing is true and correct**

Gary Steiner                                        Date  u 2/23

Page 1

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2  PM 4: 22

1  | T. Scott Legal Support Services
2  | Gary Steiner  ID#  MC 7767
   | (480) 227-7297
3  | Tscottlegal2007@aol.com

4  | ### SUPERIOR COURT OF ARIZONA
   | ### MARICOPA COUNTY
5

6  | In re the matter of:                          )
7  | DEBRA MORALES RUIZ,                            )          Case No: CV2023-012042
8  |                                                )
9  |          Plaintiff(s),                         )          **CERTIFICATE OF SERVICE**
10 | v.                                             )
11 | COUNTY OF MARICOPA, et al.,                    )
12 |          Defendant(s).                         )
13 | _____          )

14 | 1.      I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to
15 |         Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I
16 |         received: Summons, Complaint and a Certificate Of Compulsory Arbitration from The
17 |         Plaintiff(s).
18 | 2.      I then proceeded to successfully serve the above described documents on Sheriff Tyler Park,
19 |         Maricopa County Sheriff's Department, 550 W. Jackson, Phoenix, Arizona on October 31,
20 |         2023 at approximately 2:50 pm. I verified Stefany Vara, Legal Liaison, could accept service
21 |         and served her.
22 | 3.      This is considered to be personal service.
23 | 4.      The fee I charged for this service was $25.

24 | I declare under the penalty of perjury that the foregoing is true and correct

25 |
26 | _____              11/2/23
27 | Gary Steiner                                 Date
28 |                          Page 1
29

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2 PM 4: 22

1  T. Scott Legal Support Services
   Gary Steiner  ID# MC 7767
2  (480) 227-7297
3  Tscottlegal2007@aol.com

4                    **SUPERIOR COURT OF ARIZONA**
                          **MARICOPA COUNTY**
5

6  In re the matter of:                    )
                                           )
7  DEBRA MORALES RUIZ,                     )        Case No: CV2023-012042
                                           )
8                                          )
                                           )
9           Plaintiff(s),                  )        **CERTIFICATE OF SERVICE**
                                           )
10  v.                                     )
                                           )
11  COUNTY OF MARICOPA, et al.,            )
                                           )
12          Defendant(s).                  )
                                           )
13  ───────────────────────────           )

14  1.    I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

15        Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I

16        received: Summons, Complaint and a Certificate Of Compulsory Arbitration from The

17        Plaintiff(s).

18  2.    I then proceeded to successfully serve the above described documents on Sheriff Daniel

19        Hawkins, Jr., Maricopa County Sheriff's Department, 550 W. Jackson, Phoenix, Arizona on

20        October 31, 2023 at approximately 2:50 pm. I verified Stefany Vara, Legal Liaison, could

21        accept service and served her.

22  3.    This is considered to be personal service.

23  4.    The fee I charged for this service was $25.

24
    **I declare under the penalty of perjury that the foregoing is true and correct**
25

26  _____                        __11/2/23__
27  Gary Steiner                                        Date

28                                    Page 1

29

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2 PM 4: 22

1    T. Scott Legal Support Services
2    Gary Steiner  ID#  MC 7767
     (480) 227-7297
3    Tscottlegal2007@aol.com

4                     **SUPERIOR COURT OF ARIZONA**
5                         **MARICOPA COUNTY**

6    In re the matter of:              )
7                            )
   DEBRA MORALES RUIZ,       )      Case No: CV2023-012042
8                            )
9         Plaintiff(s),            )     **CERTIFICATE OF SERVICE**
                           )
10    v.                             )
                           )
11    COUNTY OF MARICOPA, et al.,   )
12                            )
        Defendant(s).         )
13    ——————————————— )

14    1.     I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to
15          Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I
16          received; Summons, Complaint and a Certificate Of Compulsory Arbitration from The
17          Plaintiff(s).

18    2.     I then proceeded to successfully serve the above described documents on Sheriff Javier
19          Montano, Maricopa County Sheriff's Department, 550 W. Jackson, Phoenix, Arizona on
20          October 31, 2023 at approximately 2:50 pm. I verified Stefany Vara, Legal Liaison, could
21          accept service and served her.

22    3.     This is considered to be personal service.
23
24    4.     The fee I charged for this service was $25.

25    **I declare under the penalty of perjury that the foregoing is true and correct**

26    [signature]                          11/3/23

27    Gary Steiner                            Date

28                            Page 1

29

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2 PM 4: 22

T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

In re the matter of:                          )
                                              )
DEBRA MORALES RUIZ,                           )        Case No: CV2023-012042
                                              )
                                              )
        Plaintiff(s),                         )        **CERTIFICATE OF SERVICE**
                                              )
v.                                            )
                                              )
COUNTY OF MARICOPA, et al.,                   )
                                              )
        Defendant(s).                         )
_____ )

1.    I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

      Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I

      received: Summons, Complaint and a Certificate Of Compulsory Arbitration from The

      Plaintiff(s).

2.    I then proceeded to successfully serve the above described documents on Sheriff Trevor

      Martin, Maricopa County Sheriff's Department, 550 W. Jackson, Phoenix, Arizona on October

      31, 2023 at approximately 2:50 pm. I verified Stefany Vara, Legal Liaison, could accept

      service and served her.

3.    This is considered to be personal service.

4.    The fee I charged for this service was $25.

**I declare under the penalty of perjury that the foregoing is true and correct**

_____                    1 1 | 2 | 23
Gary Steiner                                        Date

Page 1

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2 PM 4:22

T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**SUPERIOR COURT OF ARIZONA**
**MARICOPA COUNTY**

In re the matter of:                                          )
                                                             )
DEBRA MORALES RUIZ,                                          )          Case No: CV2023-012042
                                                             )
                                                             )
            Plaintiff(s),                                    )          **CERTIFICATE OF SERVICE**
                                                             )
v.                                                           )
                                                             )
COUNTY OF MARICOPA, et al.,                                  )
                                                             )
            Defendant(s).                                    )
                                                             )
_____                          )

1.      I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

        Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I

        received; Summons, Complaint and a Certificate Of Compulsory Arbitration from The

        Plaintiff(s).

2.      I then proceeded to successfully serve the above described documents on Sheriff Gregory

        Hertig, Maricopa County Sheriff's Department, 550 W. Jackson, Phoenix, Arizona on October

        31, 2023 at approximately 2:50 pm. I verified Stefany Vara, Legal Liaison, could accept

        service and served her.

3.      This is considered to be personal service.

4.      The fee I charged for this service was $25.

**I declare under the penalty of perjury that the foregoing is true and correct**

_____                                    11/2/23
Gary Steiner                                                 Date

Page 1

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2 PM 4: 23

1  | T. Scott Legal Support Services
2  | Gary Steiner  ID#  MC 7767
   | (480) 227-7297
3  | Tscottlegal2007@aol.com

4  | **SUPERIOR COURT OF ARIZONA**
   | **MARICOPA COUNTY**
5

6  | In re the matter of:                    )
   |                                         )
7  | DEBRA MORALES RUIZ,                     )         Case No: CV2023-012042
   |                                         )
8  |                                         )
9  |        Plaintiff(s),                    )         **CERTIFICATE OF SERVICE**
   |                                         )
10 | v.                                      )
   |                                         )
11 | COUNTY OF MARICOPA, et al.,             )
   |                                         )
12 |        Defendant(s).                    )
   |                                         )
13 | ———————————————————————————— )

14 | 1.   I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule

15 |      4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I received

16 |      Summons, Complaint and a Certificate Of Compulsory Arbitration from The Plaintiff(s).

17 | 2.   I then proceeded to successfully serve the above described documents on Director Thomas

18 |      Tegeler, Maricopa County Correctional Health Services, 234 N. Central Ave., Suite 5100, Phoenix,

19 |      Arizona on October 31, 2023 at approximately 2:05 pm. I verified Luis Sierra, Contract Supervisor,

20 |      while on the phone with Deputy Director Jen Martin, could accept service and served him.

21 | 3.   This is considered to be personal service.

22 | 4.   The fee I charged for this service was $85.

23 | **I declare under the penalty of perjury that the foregoing is true and correct**

24 |

25 | Gary Steiner                                      Date

26

27

28 |                          Page 1

29

```
                                    CLERK OF THE
                                    SUPERIOR COURT
                                        FILED
                                    E. GUERRERO, DEP

                                  23 NOV -2  PM 4: 23
```

1  T. Scott Legal Support Services
   Gary Steiner  ID#  MC 7767
2  (480) 227-7297
   Tscottlegal2007@aol.com
3

4                    **SUPERIOR COURT OF ARIZONA**
                         **MARICOPA COUNTY**
5

6  In re the matter of:                    )
                                           )
7  DEBRA MORALES RUIZ,                      )        Case No: CV2023-012042
                                           )
8                                          )
                                           )
9          Plaintiff(s),                    )        **CERTIFICATE OF SERVICE**
                                           )
10 v.                                       )
                                           )
11 COUNTY OF MARICOPA, et al.,              )
                                           )
12         Defendant(s).                    )
                                           )
13 ——————————————————— )

14     1.     I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule

15            4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I received

16            Summons, Complaint and a Certificate Of Compulsory Arbitration from The Plaintiff(s).

17     2.     I then proceeded to successfully serve the above described documents on John Chester,

18            Maricopa County Correctional Health Services, 234 N. Central Ave., Suite 5100, Phoenix, Arizona

19            on October 31, 2023 at approximately 2:05 pm. I verified Luis Sierra, Contract Supervisor, while

20            on the phone with Deputy Director Jen Martin, could accept service and served him.

21     3.     This is considered to be personal service.

22     4.     The fee I charged for this service was $85.

23     I declare under the penalty of perjury that the foregoing is true and correct

24

25     Gary Steiner                                              Date

26

27

28                                      Page 1

29

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2  PM 4: 23

1 | T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
2 | (480) 227-7297
3 | Tscottlegal2007@aol.com

### SUPERIOR COURT OF ARIZONA
### MARICOPA COUNTY

6 | In re the matter of:                          )
                                                )
7 | DEBRA MORALES RUIZ,                           )        Case No: CV2023-012042
                                                )
8 |                                              )
                                                )
9 |        Plaintiff(s),                         )        **CERTIFICATE OF SERVICE**
                                                )
10 | v.                                          )
                                                )
11 | COUNTY OF MARICOPA, et al.,                 )
                                                )
12 |        Defendant(s).                        )
13 | _____           )

14 |    1.    I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule

15 |          4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I received

16 |          Summons, Complaint and a Certificate Of Compulsory Arbitration from The Plaintiff(s).

17 |    2.    I then proceeded to successfully serve the above described documents on Morgan Rainey,

18 |          Maricopa County Correctional Health Services, 234 N. Central Ave., Suite 5100, Phoenix, Arizona

19 |          on October 31, 2023 at approximately 2:05 pm. I verified Luis Sierra, Contract Supervisor, while

20 |          on the phone with Deputy Director Jen Martin, could accept service and served him.

21 |    3.    This is considered to be personal service.

22 |    4.    The fee I charged for this service was $85.

23 | **I declare under the penalty of perjury that the foregoing is true and correct**

24 |

25 | Gary Steiner                                        Date

Page 1

CLERK OF THE
SUPERIOR COURT
FILED
E. GUERRERO, DEP

23 NOV -2 PM 4: 23

1  T. Scott Legal Support Services
   Gary Steiner  ID#  MC 7767
2  (480) 227-7297
3  Tscottlegal2007@aol.com

4                    **SUPERIOR COURT OF ARIZONA**
                     **MARICOPA COUNTY**
5

6  In re the matter of:                )
                                        )
7  DEBRA MORALES RUIZ,                  )        Case No: CV2023-012042
                                        )
8                                       )
                                        )
9          Plaintiff(s),               )        **CERTIFICATE OF SERVICE**
                                        )
10  v.                                  )
                                        )
11  COUNTY OF MARICOPA, et al.,         )
                                        )
12         Defendant(s).                )
                                        )
13  _____)

14  1.      I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule

15         4(c) of the Arizona Rules of Civil Procedure. I further swear that on October 30, 2023, I received

16         Summons, Complaint and a Certificate Of Compulsory Arbitration from The Plaintiff(s).

17  2.      I then proceeded to successfully serve the above described documents on Stefanie Marsland,

18         Maricopa County Correctional Health Services, 234 N. Central Ave., Suite 5100, Phoenix, Arizona

19         on October 31, 2023 at approximately 2:05 pm. I verified Luis Sierra, Contract Supervisor, while

20         on the phone with Deputy Director Jen Martin, could accept service and served him.

21  3.      This is considered to be personal service.

22  4.      The fee I charged for this service was $85.

23  I declare under the penalty of perjury that the foregoing is true and correct

24                                                          4|3|23

25  Gary Steiner                                            Date

26

27

28                              Page 1

29

Attachment 6

**VERIFICATION OF COURTNEY R. GLYNN**

STATE OF ARIZONA)

                              )ss.

County of Maricopa      )

     I, Courtney R. Glynn, declare under penalty of perjury that I am a Deputy County Attorney with the Maricopa County Attorney's Office, Civil Services Division and that the attached documents are true and complete copies of all pleadings and other documents filed in the state court proceeding *Debra Morales Ruiz vs. Maricopa County,* Maricopa County Superior Court Case No. CV2023-012042.

                        DATED this day of November 29, 2023.

                        RACHEL H. MITCHELL
                        MARICOPA COUNTY ATTORNEY

                        BY: */s/ Courtney R. Glynn*
                              COURTNEY R. GLYNN, ESQ
                              Deputy County Attorney

# EXHIBIT C

1  RACHEL H. MITCHELL
2  MARICOPA COUNTY ATTORNEY

3  By:    COURTNEY R. GLYNN (023155)
          MICHAEL E. GOTTFRIED (010623)
4         Deputy County Attorneys
5         glynnc@mcao.maricopa.gov
          gottfrim@mcao.maricopa.gov
6
7  CIVIL SERVICES DIVISION
   225 West Madison Street
8  Phoenix, Arizona 85003
   Telephone (602) 506-8541
9  Facsimile (602) 506-4317
10 ca-civilmailbox@mcao.maricopa.gov
   MCAO Firm No. 00032000
11
12 *Attorneys for Maricopa County, Sheriff Paul Penzone,*
   *Dimas, Hawkins, Hertig, Martin, Montano, Moody,*
13 *Park, Smith, Chester, Rainey, and Marsland*

14         **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

15            **IN AND FOR THE COUNTY OF MARICOPA**
16

17 DEBRA MORALES RUIZ, an individual,    No. CV2023-012042
18 for herself and on behalf of and as pending
   Personal Representative of THE ESTATE  **NOTICE OF FILING NOTICE OF**
19 OF ALEXANDER CHAVEZ; ALEX            **REMOVAL**
   GEORGE CHAVEZ, an individual,
20
21              Plaintiff,
22 v.                                    (Honorable John Hannah)

23 COUNTY OF MARICOPA, a
24 governmental entity; MARICOPA
   COUNTY SHERIFF'S OFFICE, a
25 governmental entity; MARICOPA
   COUNTY CORRECTIONAL HEALTH
26 SERVICES, a governmental entity;
   BRANDON SMITH and JANE DOE
27 SMITH; PAUL PENZONE and JANE DOE
28

                          1

PENZONE; THOMAS TEGELER and
JANE DOE TEGELER; KYLE MOODY
and JANE DOE MOODY; ARTURO
DIMAS and JANE DOE DIMAS; TYLER
PARK and JANE DOE PARK; GERARDO
MAGAT and JANE DOE MAGAT;
DANIEL HAWKINS JR. and JANE DOE
HAWKINS; JAVIER MONTANO and
JANE DOE MONTANO; JAMES DAILEY
and JANE DOE DAILEY; TREVOR
MARTIN and JANE DOE MARTIN;
GREGORY HERTIG and JANE DOE
HERTIG; JOHN CHESTER and JANE
DOE CHESTER; JORGE ESPINOSA JR.
and JANE DOE ESPINOSA; MORGAN
RAINEY and JANE DOE RAINEY;
STEFANIE MARSLAND and JOHN
DOES MARSLAND; and JOHN AND
JANE DOES 1-140

Defendants.

TO THE CLERK OF THE COURT AND PLAINTIFFS:

PLEASE TAKE NOTICE THAT Defendants Maricopa County, Sheriff Paul

Penzone, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey,

and Marsland, through undersigned counsel, hereby notify this Court that they are

filing/have filed a Notice of Removal of this action to the United States District Court for

the District of Arizona.

A copy of the Notice of Removal without attachments filed today, November 29, is

attached hereto as Exhibit A.

**RESPECTFULLY SUBMITTED** this 29th day of November, 2023.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

/s/ Courtney R. Glynn
Courtney R. Glynn, Esq.
Michael E. Gottfried, Esq.
*Attorneys for Maricopa County, Sheriff*
*Paul Penzone, Dimas, Hawkins, Hertig,*
*Martin, Montano, Moody, Park, Smith,*
*Chester, Rainey, and Marsland*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the TurboCourt System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Honorable John Hannah
Maricopa County Superior Court
East Court Building-811
101 West Jefferson
Phoenix, AZ 85003

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

/s/ S. R.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Removal\NOF (State Court).docx

3

# EXHIBIT A

1  RACHEL H. MITCHELL
2  MARICOPA COUNTY ATTORNEY

3  By:     COURTNEY R. GLYNN (023155)
4          MICHAEL E. GOTTFRIED (010623)
           glynnc@mcao.maricopa.gov
5          gottfrim@mcao.maricopa.gov
           Deputy County Attorneys
6          MCAO Firm No. 00032000

7
8  CIVIL SERVICES DIVISION
   225 West Madison Street
9  Phoenix, Arizona 85003
   Telephone (602) 506-8541
10 Fax (602) 506-4316
11 ca-civilmailbox@mcao.maricopa.gov

12
   *Attorneys for Maricopa County, Sheriff Paul Penzone,*
13 *Dimas, Hawkins, Hertig, Martin, Montano, Moody,*
   *Park, Smith, Chester, Rainey, and Marsland*
14

15              **IN THE UNITED STATES DISTRICT COURT**

16               **FOR THE DISTRICT OF ARIZONA**

17
18 Debra Morales Ruiz, An Individual, For      No. _____
   Herself And On Behalf Of And As
19 Pending Personal Representative Of The
   Estate Of Alexander Chavez; Alex George      **NOTICE OF REMOVAL OF MARICOPA**
20 Chavez, An Individual,                        **COUNTY SUPERIOR COURT CASE NO.**
                                                 **CV2023-012042 TO THE UNITED STATES**
21                     Plaintiff,                **DISTRICT COURT**

22 v.

23
   County Of Maricopa, A Governmental
24 Entity; Maricopa County Sheriff's Office,
   A Governmental Entity; Maricopa County
25 Correctional Health Services, A
   Governmental Entity; Brandon Smith And
26 Jane Doe Smith; Paul Penzone, And Jane
   Doe Penzone; Thomas Tegeler And Jane
27 Doe Tegeler; Kyle Moody And Jane Doe
   Moody; Arturo Dimas And Jane Doe
28

                                    1

Dimas; Tyler Park And Jane Doe Park; Gerardo Magat And Jane Doe Magat; Daniel Hawkins Jr. And Jane Doe Hawkins; Javier Montano And Jane Doe Montano; James Dailey And Jane Doe Dailey; Trevor Martin And Jane Doe Martin; Gregory Hertig And Jane Doe Hertig; John Chester And Jane Doe Chester; Jorge Espinosa Jr. And Jane Doe Espinosa; Morgan Rainey And Jane Doe Rainey; Stefanie Marsland And John Does Marsland; And John And Jane Does 1-140

Defendants

Defendant Maricopa County Sheriff's Office, Sheriff Paul Penzone, Brent Williams, Jonhatan Franco, Jeffrey Scott by and through undersigned counsel and pursuant to 28 U.S.C. §§1441(c), §1446(a-b), and Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, notices the removal of the above-captioned case, cause number CV2023-009685, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal asserts the following:

1.     On or about June 27, 2023, Plaintiff filed a Complaint against Defendant in the Superior Court of the State of Arizona for the County of Maricopa under the caption Debra Morales Ruiz v. Maricopa County, et al., *No.* CV2023-012042. A copy of the Complaint, and all other documents previously filed in this matter and served on Defendant are attached hereto within Exhibit "B". (Exhibit "A" is the Civil Cover Sheet.).

2.     The Complaint was served on Maricopa County on October 30, 2023, Defendants Penzone, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, and Smith

2

were served on October 31, 2023, and Defendants Chester, Rainey, and Marsland were served on November 21, 2023.  The remaining Defendants have yet to be properly served.

3.     This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

4.     The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's civil rights and is brought under 42 U.S.C. § 1983 for violations of the Fourth, Eighth, and Fourteenth Amendments of the United States Constitution.

5.     By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1441(c). All served Defendants consent to the removal of this action.

6.     A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "C," has been filed in the Arizona Superior Court, County of Maricopa.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court

RESPECTFULLY SUBMITTED on this 29th day of November 2023.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: */s/Courtney R. Glynn*
   COURTNEY R. GLYNN
   MICHAEL E. GOTTFRIED
   Deputy County Attorneys
   *Attorneys for Maricopa County, Sheriff Paul*
   *Penzone, Dimas, Hawkins, Hertig, Martin,*
   *Montano, Moody, Park, Smith, Chester,*
   *Rainey, and Marsland*

1

## CERTIFICATE OF SERVICE

2

3          I hereby certify that on November 29, 2023, I caused the foregoing document to be
electronically transmitted to the Clerk's Office using the CM/ECF System for filing and
4     transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5     Clerk of the Court
United States District Court
6     Sandra Day O'Connor U.S. Courthouse
7     401 W. Washington Street
Phoenix, AZ 85003-2161
8

9     Sean A. Woods
Robert T. Mills
10    MILLS + WOODS LAW, PLLC
11    5055 North 12th Street, Suite 101
Phoenix, AZ 85014
12    *Attorneys for Plaintiff*

13
/s/ *S.R.*
14    S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Removal\NOR (fed court) .docx

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**From:**            TurboCourt Customer Service
**Sent:**             Wednesday, November 29, 2023 2:50 PM
**To:**                Judith Ezeh (MCAO); Selena Rojas (MCAO)
**Subject:**        AZTurboCourt E-Filing Courtesy Notification

---

**This Message Is From an External Sender**
This message came from outside your organization. Please use caution when corresponding outside the county.

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #8410450 has been delivered to Maricopa County - Superior Court.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2023012042 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Filed By: Courtney Glynn
AZTurboCourt Form Set: #8410450
Delivery Date and Time: Nov 29, 2023 2:50 PM MST

Forms:

Attached Documents:
Notice of Removal to Federal Court: Notice of Filing Notice of Removal
Exhibit/Attachment (Supporting): Exhibit

E-Service notification was sent to the following recipient(s):

Robert T. Mills at docket@millsandwoods.com
Sean A. Woods at swoods@millsandwoods.com