# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | NO. CV-23-02482-PHX-SRB (DMF) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING** |
| vs. | |
| County Of Maricopa, a governmental entity; Maricopa County Sheriff's Office, a governmental entity; Maricopa County Correctional Health Services, a governmental entity; Brandon Smith And Jane Doe Smith; Paul Penzone And Jane Doe Penzone; Thomas Tegeler And Jane Doe Tegeler; Kyle Moody And Jane Doe Moody; Arturo Dimas And Jane Doe Dimas; Tyler Park And Jane Doe Park; Gerardo Magat And Jane Doe Magat; Daniel Hawkins Jr. And Jane Doe Hawkins; Javier Montano And Jane Doe Montano; James Dailey And Jane Doe Dailey; Trevor Martin And Jane Doe Martin; Gregory Hertig And Jane Doe Hertig; John Chester And Jane Doe Chester; Jorge Espinosa Jr. And Jane Doe Espinosa; Morgan Rainey And Jane Doe Rainey; Stefanie Marsland And John Does Marsland; And John And Jane Does 1-140 | |
| Defendants. | |

The Court, having reviewed the Defendants' Stipulation to Extend Time by which Defendants must file a responsive pleading to Plaintiffs' Complaint.

IT IS ORDERED that Defendants' Stipulation to Extend Time for Defendants to file a responsive pleading to Plaintiffs' Complaint is granted.

Dated this _____, 2024