| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>　　　　　Defendants. | No. CV-23-2482-PHX-SRB (DMF)<br><br><br>**ORDER** |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

This matter is before the Court on the parties' Stipulation to Extend Time for Responsive Pleading (Doc. 4).  The parties report:

> On January 8, 2024, pursuant to Local Rule 12.1(c), the Parties conferred via telephone regarding issues pertaining to Plaintiffs' Complaint and Defendants' intention to file a Motion to Dismiss should the Parties not reach agreement on amendment.  During that telephone call Plaintiffs expressed a desire to review the Complaint regarding the discussed issues.  During subsequent email communications, Plaintiffs conveyed their intention to file an amended complaint.  Defendants confirmed with Plaintiffs that Defendants' responsive pleading would not be required until after the amended complaint is filed and any necessary good faith conferrals take place.

(*Id.*)  The parties have shown good cause for extension of time.  Given that it has already been several weeks since the parties conferred, the Court will set deadlines for the orderly management of this matter.

　　　　Accordingly,

1. **IT IS ORDERED** granting, as set forth herein, the parties' Stipulation to Extend Time for Responsive Pleading (Doc. 4).

**IT IS FURTHER ORDERED** allowing Plaintiffs fourteen (14) days from the date of this Order to file an amended complaint; Plaintiffs shall comply with LRCiv 15.1, but no motion for leave to amend is necessary.

**IT IS FURTHER ORDERED** that Defendants must file an answer or otherwise respond to the operative complaint within fourteen (14) days of the date Plaintiffs file an amended complaint or twenty-one (21) days from the date of this Order, whichever is later.

Dated this 23rd day of January, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge