RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:    COURTNEY R. GLYNN (023155)
        MICHAEL E. GOTTFRIED (010623)
        Deputy County Attorneys
        glynnc@mcao.maricopa.gov
        gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>        Plaintiff,<br><br>vs.<br><br>Maricopa County of, et al.,<br><br>        Defendants. | NO. CV-23-02482-PHX-SRB (DMF)<br><br>**DEFENDANTS' LR Civ 12.1(c) GOOD FAITH CONSULTATION CERTIFICATE** |

       Defendants Maricopa County, Struble Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone (the "Maricopa County Defendants") hereby certify, pursuant to District of Arizona Local Civil Rule

12.1(c), that on February 15, 2024, undersigned counsel for the Maricopa County Defendants communicated by email with Plaintiffs' attorneys by email to try and resolve in good faith the issues raised in the Motion to Dismiss First Amended Complaint, which is being filed in conjunction with this certificate, and asked to respond if they were willing to make any changes. Plaintiffs' attorney responded the morning of the response's due date, February 20, 2024, indicating he needed more time to review the email. Given the Court-ordered due date, and Defendants belief that many of the FAC's problems cannot be cured, it made more sense to simply file the accompanying Motion to Dismiss.

**RESPECTFULLY SUBMITTED** this 20th day of February, 2024.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By /s/ *Michael E. Gottfried*
   Courtney R. Glynn
   Michael E. Gottfried
   Deputy County Attorneys
   *Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024 I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ S. R.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\MTD good faith certification.docx