Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Alexander Chavez; Alex George Chavez, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Maricopa, a governmental entity; Brandon Smith and Jane Doe Smith; Paul Penzone and Jane Doe Penzone; David Crutchfield, an individual; Lisa Struble, an individual; Kyle Moody and Jane Doe Moody; Arturo Dimas and Jane Doe Dimas; Tyler Park and Jane Doe Park; Gerardo Magat and Jane Doe Magat; Daniel Hawkins Jr. and Jane Doe Hawkins; Javier Montano and Jane Doe Montano; James Dailey and Jane Doe Dailey; Trevor Martin and Jane Doe Martin; Greggory Hertig and Jane Doe Hertig; John Chester and Jane Doe Chester; Jorge. Espinos. Jr. and Jane Doe Espinosa; Morgan Rainey and John Doe Rainey; Stefanie Marsland and John Doe Marsland; and, John and Jane Does 1-40,<br><br>Defendants. | No.: CV-23-02482-PHX-SRB (DMF)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(First Request)<br><br>(Assigned to the Honorable Susan R. Bolton and referred to the Honorable Deborah M. Fine) |

Through counsel undersigned and pursuant to LRCiv 7.3, Plaintiffs and Defendants Maricopa County, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, and the Maricopa County Sheriff (collectively, "Defendants") hereby stipulate and agree to extend the time within which Plaintiffs may file their Response to Defendants' Motion to Dismiss, ECF No. 8, until up to and including March 19, 2024, in accordance with the Proposed Order filed concurrently herewith. This Stipulation is agreed to in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 5th day of March 2024.

**MILLS + WOODS LAW, PLLC**

By     */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 N 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs*

**MARICOPA COUNTY ATTORNEY**

By     */s/ Michael E. Gottfried (w/ permission)*
     Courtney R. Glynn
     Michael E. Gottfried
     225 W Madison St.
     Phoenix, AZ 85003
     *Attorneys for Maricopa County, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland and the Maricopa County Sheriff*

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Courtney R. Glynn
glynnc@mcao.maricopa.gov
Michael E. Gottfried
gottfrim@mcao.maricopa.gov
**RACHEL H. MITCHELL**
**MARICOPA COUNTY ATTORNEY**
CIVIL SERVICES DIVISION
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Maricopa County, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland and the Maricopa County Sheriff*

　　　/s/ Ben Dangerfield