RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: COURTNEY R. GLYNN (023155)
     MICHAEL E. GOTTFRIED (010623)
     Deputy County Attorneys
     glynnc@mcao.maricopa.gov
     gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County of, et al.,<br><br>    Defendants. | NO. CV-23-02482-PHX-SRB (DMF)<br><br>**STIPULATED MOTION TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS** |

      Defendants Maricopa County, Struble Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone (the "Maricopa County Defendants") move under Federal Rule of Civil Procedure 6(b)(1)(B)

to extend the time to reply in support of their motion to dismiss through April 5, 2024. Undersigned counsel had to unexpectedly fly to Florida last weekend for what turned out to be the death of a close family member and was out-of-the-office the from March 25-29. Unfortunately, the March 26 reply deadline was inadvertently overlooked. It is submitted that a reply will potentially aid the Court in resolving this matter. Undersigned counsel represents that he has contacted Plaintiff's counsel Sean Woods and that he agrees to this extension.

Accordingly, it is respectfully requested that the deadline for Maricopa County Defendants to reply in support of their Motion to Dismiss be extended through April 5, 2024.

**RESPECTFULLY SUBMITTED** this 2nd day of April, 2024.

                RACHEL H. MITCHELL
                MARICOPA COUNTY ATTORNEY

                By /s/ *Michael E. Gottfried*
                   Courtney R. Glynn
                   Michael E. Gottfried
                   Deputy County Attorneys
                   *Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024 I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ S. R.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\EXTEND mtd REPLY.docx