# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., <br><br> Plaintiffs, <br><br> v. <br><br> County of Maricopa, et al., <br><br> Defendants. | No. CV-23-2482-PHX-SRB (DMF) <br><br><br> **ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Extend Time to Reply in Support of Motion to Dismiss (Doc. 13), and upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Time to Reply in Support of Motion to Dismiss (Doc. 13).

**IT IS FURTHER ORDERED** that Defendants shall have up to and include **April 5, 2024**, to file their reply in support of their Motion to Dismiss.

Dated this 2nd day of April, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge