# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | No. CV-23-2482-PHX-SRB (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| County of Maricopa, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion to Extend Time to Serve Defendants (Doc. 17). Plaintiffs request a 30-day extension of time to serve Defendants Gerardo and Jane Doe Magat, James and Jane Doe Dailey, and Jorge (Jr.) and Jane Doe Espinosa (*Id*.). Upon good cause shown,

**IT IS ORDERED** granting Plaintiffs' Motion to Extend Time to Serve Defendants (Doc. 17).

**IT IS FURTHER ORDERED** allowing Plaintiffs an additional thirty (30) days from the filing of this Order within which to serve Defendants Gerard Magat, Jane Doe Magat, James Dailey, Jane Doe Dailey, Jorge Espinosa Jr., and Jane Doe Espinosa with a Summons and Plaintiffs' First Amended Complaint.

Dated this 25th day of April, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge