1
2
3

T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

4
5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

6  In re the matter of:                                    )
                                                           )
7  DEBRA MORALES RUIZ, et al.,                             )
                                                           )
8                                                          )     Case No: CV-23-02482-PHX-SRB(DMF)
                                                           )
9          Plaintiff(s),                                   )     **CERTIFICATE OF SERVICE**
                                                           )
10 v.                                                      )
                                                           )
11 COUNTY OF MARICOPA, et al,                              )
                                                           )
12         Defendant(s).                                   )
                                                           )
13 _____                            )

14  1.   I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

15       Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on May 23, 2024, I

16       received; Summons In A Civil Action, Order and a Plaintiff's First Amended Complaint, from

17       The Plaintiff(s).

18  2.   I then proceeded to successfully serve the above described documents on Gerardo Magat at

19       5213 W. Stargazer Pl., Laveen,  Arizona on May 28, 2024 at approximately 8:20 pm. I

20       knocked and Gerardo answered the door. I then verbally identified and served him.

21  3.   This is considered to be personal service.

22  4.   The fee I charged for this service was $175.

23       I declare under the penalty of perjury that the foregoing is true and correct

24

25                                                              5/29/24

26       Gary Steiner                                           Date

27

28                                    Page 1