T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

In re the matter of:

DEBRA MORALES RUIZ, et al.,

      Plaintiff(s),

v.

COUNTY OF MARICOPA, et al,

      Defendant(s).

Case No: CV-23-02482-PHX-SRB(DMF)

**CERTIFICATE OF SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on May 23, 2024, I received; Summons In A Civil Action, Order and a Plaintiff's First Amended Complaint, from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Ina Magat at 5213 W. Stargazer Pl., Laveen, Arizona on May 28, 2024 at approximately 8:20 pm. I knocked and Gerardo answered the door. I then asked if he was married. He said yes and his wife's name is Ina. I then verbally identified and served him for Ina.

3. This is considered to be personal service.

4. The fee I charged for this service was $25.

I declare under the penalty of perjury that the foregoing is true and correct

_____       5/29/24
Gary Steiner                                  Date

Page 1