T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In re the matter of:

DEBRA MORALES RUIZ, et al.,

    Plaintiff(s),

v.

COUNTY OF MARICOPA, et al,

    Defendant(s).

Case No: CV-23-02482-PHX-SRB(DMF)

**CERTIFICATE OF SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on May 23, 2024, I received; Summons In A Civil Action, Order and a Plaintiff's First Amended Complaint, from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on James Dailey at 15700 W. Post Dr., Surprise, Arizona on May 26, 2024 at approximately 9:45 am. I knocked and Mike Schmitt, James' father-in-law, answered the door. He said James and Shawna were in Las Vegas. Mike also told me he lives with them in the house. I then served Mike for James.

3. This is considered to be substitute service.

4. The fee I charged for this service was $175.

I declare under the penalty of perjury that the foregoing is true and correct

_____          5/29/24
Gary Steiner                                          Date

Page 1