# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | No.  CV-23-2482-PHX-SRB (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| County of Maricopa, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion to Extend Time to Serve Defendants Espinosa With Process, and To Do So Via Publication (Doc. 25).  Plaintiffs request a 45-day extension of time to serve Defendants Jorge Espinosa Jr. and Jane Doe Espinosa and to be permitted to do so via publication (*Id*.).  A response is not necessary for the Court to rule.

After review of the record and applicable law, the Court will extend the time for service of Defendants Jorge Espinosa Jr. and Jane Doe Espinosa; the Court will extend the time for a longer period than requested by Plaintiffs so that personal or other alternative service may be further attempted before service by publication.  This longer period will allow Plaintiffs to make additional reasonable efforts to locate Defendants Jorge Espinosa Jr. and Jane Doe Espinosa for personal or other alternative service, including efforts to obtain location information and other better identifying information from the served defendants in this matter.  *See* Fed. R. Civ. P. 4(e)(1) ("Unless federal law provides otherwise, an individual . . . may be served in a judicial district of the United States by:

following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made. . ."); Ariz. R. Civ. P. 4.1; Ariz. R. Civ. P. 4.2.  If Court intervention is needed for last known address and other better identifying/locating information to be provided by appearing Defendants' counsel to Plaintiffs' counsel (such as an authorization for some early, limited discovery to take place), then a motion for such should be filed with the Court.  If Plaintiffs later again choose to move for service by publication of Defendants Jorge Espinosa Jr. and Jane Doe Espinosa, more particular information about efforts to locate Defendants Jorge Espinosa Jr. and Jane Doe Espinosa for service would be helpful.

Accordingly, and upon good cause shown,

**IT IS ORDERED** granting in part Plaintiffs' Motion to Extend Time to Serve Defendants Espinosa With Process, and To Do So Via Publication (Doc. 25) as set forth herein and otherwise denying the motion without prejudice.

**IT IS FURTHER ORDERED** allowing Plaintiffs up to and including an additional **one-hundred twenty (120) days from the entry of this Order** within which to serve Defendant Jorge Espinosa Jr. and Defendant Jane Doe Espinosa with process.

Dated this 30th day of May, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge