RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:   COURTNEY R. GLYNN (023155)
        MICHAEL E. GOTTFRIED (010623)
        Deputy County Attorneys
        glynnc@mcao.maricopa.gov
        gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>        Plaintiff,<br><br>vs.<br><br>Maricopa County of, et al.,<br><br>        Defendants. | NO. CV-23-02482-PHX-SRB (DMF)<br><br>**DEFENDANTS MAGAT AND DAILEY'S MOTION TO JOIN DEFENDANTS MOTION TO DISMISS ( DOC. No. 8)** |

     Come now Defendants Magat, Jane Doe Magat, Dailey, and Jane Doe Dailey, and join in Defendants' Motion to Dismiss. (Doc. #8). Defendants Magat and Dailey were recently served. (Doc. ## 21-24). As such, they now wish to join in the already filed Motion to Dismiss and Reply. (Doc. #8 and #16). All arguments asserted in the Motion

to Dismiss and supporting Reply apply equally to Defendants Magat and Dailey and they request that any analysis applied to Defendants apply equally to them.

**RESPECTFULLY SUBMITTED** this 31st day of May 2024.

        RACHEL H. MITCHELL
        MARICOPA COUNTY ATTORNEY

        By */s/ Courtney R. Glynn*
          COURTNEY R. GLYNN
          MICHAEL E. GOTTFRIED
        Deputy County Attorneys
        *Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ S. R.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\Final Motion to Join MTD.docx