# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | NO. CV-23-02482-PHX-SRB (DMF) |
| Plaintiff, | **ORDER RE: MOTION TO JOIN MOTION TO DISMISS** |
| vs. | |
| Maricopa County of, et al., | |
| Defendants. | |

The Court, having considered Defendants' Motion to Join the Motion to Dismiss, and good cause appearing, hereby grants the Motion. Defendants Magat and Dailey are joined in Defendants Motion to Dismiss (Doc. #8)