# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | No. CV-23-02482-PHX-SRB (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| County of Maricopa, et al., | |
| Defendants. | |

This matter is before the Court on Defendants Magat and Dailey's Motion to Join Defendants' Motion to Dismiss (Doc. 27). In the motion (*Id.*), recently served Defendants Magat, Jane Doe Magat, Dailey, and Jane Doe Dailey request to join in other Defendants' fully briefed motion to dismiss (Docs. 8, 12, 16). Defendants Magat and Dailey assert that "[a]ll arguments asserted in the Motion to Dismiss and supporting Reply apply equally to Defendants Magat and Dailey" (Doc. 27 at 1-2). The Court notes the failure to comply with District of Arizona Local Civil Rule 12.1(c) regarding the pending motion for joinder in the fully briefed motion to dismiss filed by other defendants (Doc. 27). Yet, the time for response in opposition to the motion for joinder has passed, without any response being filed.

Accordingly, and upon good cause shown,

**IT IS ORDERED** granting Defendants Magat and Dailey's Motion to Join Defendants' Motion to Dismiss (Doc. 27) in which they request to join in other Defendants' fully briefed motion to dismiss (Docs. 8, 16); Plaintiffs' arguments in response to the

motion to dismiss (Doc. 12) also are presented as to Defendants Magat, Jane Doe Magat, Dailey, and Jane Doe Dailey.

Dated this 20th day of June, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge