RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:  COURTNEY R. GLYNN (023155)
     MICHAEL E. GOTTFRIED (010623)
     Deputy County Attorneys
     glynnc@mcao.maricopa.gov
     gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County of, et al.,<br><br>Defendants. | NO. CV-23-02482-PHX-SRB (DMF)<br><br>**NOTICE OF SERVICE OF DEFENDANT MARICOPA COUNTY'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES** |

Pursuant to Fed.R.Civ.P. 45(a)(4) notice is hereby given that the undersigned counsel for Defendant Maricopa County did serve via U.S. Mail on August 29, 2024, Defendants' Responses to Plaintiff's First interrogatories and a copy upon Plaintiff. The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

**RESPECTFULLY SUBMITTED** this 29th day of August 2024

          RACHEL H. MITCHELL
          MARICOPA COUNTY ATTORNEY

          By */s/ Courtney R. Glynn*
             COURTNEY R. GLYNN
             MICHAEL E. GOTTFRIED
          Deputy County Attorneys
          Attorneys for *Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 29, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ S. R.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Discovery\Plts\DEF RESPONSE\NOS FOR RESPONSE TO 1ST ROGG.docx