RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

Courtney R. Glynn (023155)
Michael E. Gottfried (010623)
Deputy County Attorneys
glynnc@mcao.maricopa.gov
gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County of, et al.,<br><br>Defendants. | NO. CV-23-02482-PHX-SRB (DMF)<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

Defendants Maricopa County, Struble Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone (the "Maricopa County Defendants") move under Federal Rule of Civil Procedure 6(b)(1)(B)

to extend the time to respond to the Second Amended Complaint through October 17, 2024. (Doc. 33.) The response is currently due September 17, 2024. Defendants intend to file a Rule 12(b) dismissal motion and this additionally time is necessary to adequately prepare the motion. Undersigned counsel represents that he has contacted Plaintiff's counsel Sean Woods and that he agrees to this extension.

Accordingly, it is respectfully requested that the deadline for Maricopa County Defendants to respond to the Second Amended Complaint (doc. 32) be extended through October 17, 2024.

**RESPECTFULLY SUBMITTED** this 16th day of September, 2024.

        RACHEL H. MITCHELL
        MARICOPA COUNTY ATTORNEY

        By /s/ *Michael E. Gottfried*
           Courtney R. Glynn
           Michael E. Gottfried
           Deputy County Attorneys
           *Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J.C.*

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\Stipulated Mt to Extend Answer SAC 091624.docx