IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Maricopa County of, et al.,<br><br>　　　　Defendants. | NO. CV-23-02482-PHX-SRB (DMF)<br><br>**ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

　　　Pursuant to Defendants Maricopa County, Struble Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone (the "Maricopa County Defendants") stipulated Motion to Extend the Time to Respond to Second Amended Complaint, and good cause appearing therefore, it is hereby

　　　ORDERED that the Maricopa County Defendants have through October 17, 2024, to answer or otherwise respond to the Second Amended Complaint (doc. 32).