# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>Defendants. | No. CV-23-2482-PHX-SRB (DMF)<br><br><br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Extend Time to Respond to Second Amended Complaint (Doc. 34), and upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Time to Respond to Second Amended Complaint (Doc. 34).

**IT IS FURTHER ORDERED** that Defendants Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Skinner, and Penzone's shall answer or otherwise respond to Plaintiff's Second Amended Complaint no later than **October 17, 2024**.

Dated this 16th day of September, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge