T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In re the matter of:  )
)
DEBRA MORALES RUIZ, et al.,  )
)   Case No: CV-23-02482-PHX-SRB(DMF)
)
Plaintiff(s),  )   **CERTIFICATE OF SERVICE**
)
v.  )
)
COUNTY OF MARICOPA, et al,  )
)
Defendant(s).  )
_____  )

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on September 20, 2024, I received; <u>Order Extending Time To Serve, Summons In A Civil Action, Order and a Plaintiff's Second Amended Complaint,</u> from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Jorge Espinosa at 3046 S. 81st Circle, Mesa, Arizona on September 22, 2024 at approximately 9:55 am. I knocked and asked for Jorge. His roommate, Sabrina, said he wasn't at work. I then verbally identified and served Sabrina for Jorge.

3. This is considered to be personal service.

4. The fee I charged for this service was $175.

I declare under the penalty of perjury that the foregoing is true and correct

_____          9/23/24
Gary Steiner                               Date