RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

Courtney R. Glynn (023155)
Michael E. Gottfried (010623)
Deputy County Attorneys
glynnc@mcao.maricopa.gov
gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Magat, Dailey, Marsland, Espinoza, Jr., Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, et al., | NO. CV-23-02482-PHX-SRB (DMF) |
| Plaintiff, | **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| vs. | |
| Maricopa County of, et al., | **(Second Request)** |
| Defendants. | |

    Defendants Maricopa County, Struble Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Magat, Dailey, Marsland, Espinoza, Jr., Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone (the "Maricopa County Defendants") move under Federal Rule of

Civil Procedure 6(b)(1)(B) to extend the time to respond to the Second Amended Complaint (doc. 32) through October 22, 2024. The response is currently due October 17, 2024. (Doc. 35.) The Maricopa County Defendants intend to file a Rule 12(b) dismissal motion, and this short additional time is necessary for the parties to discuss possible changes to the Second Amended Complaint. Undersigned counsel represents that he has contacted Plaintiff's counsel Sean Woods and that he agrees to this extension.

Accordingly, it is respectfully requested that the deadline for Maricopa County Defendants to respond to the Second Amended Complaint (doc. 32) be extended through October 22, 2024.

**RESPECTFULLY SUBMITTED** this 17th day of October, 2024.

> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> By: /s/ *Michael E. Gottfried*
> Courtney R. Glynn
> Michael E. Gottfried
> Deputy County Attorneys
> *Attorneys for Maricopa County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J.C.*

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\2d Stipulated Mt to Extend Answer SAC 101624.docx