# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | No. CV-23-2482-PHX-SRB (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| County of Maricopa, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Motion to Extend Time to Respond to Second Amended Complaint (Second Request) (Doc. 37), and upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Time to Respond to Second Amended Complaint (Second Request) (Doc. 37).

**IT IS FURTHER ORDERED** that Defendants Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Magat, Dailey, Marsland, Espinoza, Skinner, and Penzone shall answer or otherwise respond to Plaintiff's Second Amended Complaint no later than **October 22, 2024**.

Dated this 17th day of October, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge