RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

Courtney R. Glynn (023155)
Michael E. Gottfried (010623)
Deputy County Attorneys
glynnc@mcao.maricopa.gov
gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Espinoza, Jr., Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Maricopa County of, et al., <br><br> Defendants. | NO. CV-23-02482-PHX-SRB (DMF) <br><br> **DEFENDANTS' LR Civ 12.1(c) GOOD FAITH CONSULTATION CERTIFICATE** |

Defendants Maricopa County, Struble Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Espinoza, Jr., Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone (the "Maricopa County Defendants") hereby certify, pursuant to District of Arizona Local Civil Rule 12.1(c), that on October 16, 2024, undersigned

counsel for the Maricopa County Defendants communicated by email with Plaintiffs' attorneys to try and resolve in good faith the issues raised in the Motion to Dismiss the Second Amended Complaint, which is being filed in conjunction with this certificate, and were unable to reach any agreement.

**RESPECTFULLY SUBMITTED** this 22nd day of October, 2024.

> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> By: /s/ *Michael E. Gottfried*
> Courtney R. Glynn
> Michael E. Gottfried
> Deputy County Attorneys
> *Attorneys for Maricopa County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ J.C.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\2d Amended complaint - good faith consultation.docx