# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>Defendants. | No. CV-23-2482-PHX-SRB (DMF)<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation for Extension of Time to File Response to Motion to Dismiss Second Amended Complaint (Doc. 40), and upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulation for Extension of Time to File Response to Motion to Dismiss Second Amended Complaint (Doc. 40).

**IT IS FURTHER ORDERED** that Plaintiffs shall have until no later than **November 15, 2024**, within which to file their Response to Defendants' Motion to Dismiss Second Amended Complaint.

Dated this 4th day of November, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge