RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

Courtney R. Glynn (023155)
Michael E. Gottfried (010623)
Deputy County Attorneys
glynnc@mcao.maricopa.gov
gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Magat, Dailey, Marsland, Espinoza, Jr., Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County of, et al.,<br><br>Defendants. | NO. CV-23-02482-PHX-SRB (DMF)<br><br>**STIPULATED MOTION TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

      Defendants Maricopa County, Struble Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Magat, Dailey, Marsland, Espinoza, Jr., Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone (the "Maricopa County Defendants") move under Federal Rule of

Civil Procedure 6(b)(1)(B) to extend the time to reply in support of their motion to dismiss (doc. 39) through December 20, 2024. The response was due November 29, 2024. This motion to dismiss raises numerous issues and this short additional time is necessary to fully reply to arguments made in the Response and potentially helpful to the Court in resolving this matter. The undersigned mistakenly calendared the reply as a summary-judgment reply and this office was closed on the Reply date. This short delay will cause no prejudice to the Plaintiff or the judicial proceedings. Undersigned counsel represents that he has contacted Plaintiff's counsel Sean Woods and that he agrees to this extension.

Accordingly, it is respectfully requested that the deadline for Maricopa County Defendants to respond to the Second Amended Complaint (doc. 39) be extended through December 20, 2024.

**RESPECTFULLY SUBMITTED** this 4th day of December 2024.

        RACHEL H. MITCHELL
        MARICOPA COUNTY ATTORNEY

        By: /s/ *Michael E. Gottfried*
           Courtney R. Glynn
           Michael E. Gottfried
           Deputy County Attorneys
           *Attorneys for Maricopa County Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ *J.C.*

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\Stipulated Mt to Extend Reply 1203244.docx