# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Maricopa County of, et al., <br><br> Defendants. | NO. CV-23-02482-PHX-SRB (DMF) <br><br> **ORDER EXTENDING TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Defendants Maricopa County, Struble Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Magat, Dailey, Marsland, Espinoza, Jr., Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone (the "Maricopa County Defendants") stipulated Motion to Extend the Time to Reply in Support of Motion to Dismiss (doc. 39), and good cause appearing therefore, it is hereby

ORDERED that the Maricopa County Defendants have through December 20, 2024, to reply in support of their Motion to Dismiss.