# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | No. CV-23-2482-PHX-SRB (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| County of Maricopa, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Motion to Extend Time to Reply in Support of Motion to Dismiss (Doc. 45). Upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Time to Reply in Support of Motion to Dismiss (Doc. 45).

**IT IS FURTHER ORDERED** that the Maricopa County Defendants shall have through **December 20, 2024**, to reply in support of their Motion to Dismiss.

Dated this 5th day of December, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge