MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., <br> Plaintiffs, <br> v. <br> County of Maricopa, et al., <br> Defendants. | No.   CV-23-02482-PHX-SRB (DMF) <br><br> **ORDER** |

To the extent Russell Skinner is sued in his official capacity as the Maricopa County Sheriff, he is no longer the Maricopa County Sheriff. The newly appointed Maricopa County Sheriff is Gerard A. Sheridan.

**IT IS ORDERED:**

(1) Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Gerard A. Sheridan is substituted for Russell Skinner **in his official capacity only**.

(2) The Clerk of the Court must update the docket accordingly.

Dated this 9th day of April, 2025.

_____
Susan R. Bolton
United States District Judge