# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, for herself and on behalf of and as personal representative for Alexander Chavez, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Maricopa County, et al.,<br><br>Defendants. | No. CV-23-02482-PHX-SRB (DMF)<br><br>**ORDER** |

**IT IS ORDERED:**

(1) Within 14 days of the date of this Order, Defendants must file a response to Plaintiff's Motion for Reconsideration (Doc. 50).

(2) Plaintiff may file a reply in support of her motion for reconsideration within 7 days of Defendants' response.

Dated this 29th day of August, 2025.

_____
Susan R. Bolton
United States District Judge