RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:   COURTNEY R. GLYNN (023155)
      Deputy County Attorneys
      glynnc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Debra Morales Ruiz, et al., | NO. CV-23-02482-PHX-SRB (DMF) |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | |
| Maricopa County of, et al., | |
| Defendants. | |

      PLEASE TAKE NOTICE that Michael Gottfried hereby withdraws as attorney of record for Maricopa County Defendant(s) in the above-captioned matter. Please remove Michael Gottfried's name from the electronic service list as well as any other court mailing lists. Maricopa County Defendant(s) remain represented by named counsel, Courtney R. Glynn.

-1-

**RESPECTFULLY SUBMITTED** this 2nd day of September 2025.

        RACHEL H. MITCHELL
        MARICOPA COUNTY ATTORNEY

       By */s/ Courtney R. Glynn*
        COURTNEY R. GLYNN
        Deputy County Attorneys
        Attorneys for *Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Espinosa, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Russell Sheridan, and former Maricopa County Sheriff Paul Penzone*

### CERTIFICATE OF SERVICE

 I hereby certify that on September 2, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ R.S.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\NOW Gottfried.docx