RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:    COURTNEY R. GLYNN (023155)
       Deputy County Attorney
       glynnc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin,
Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa
County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | NO. CV-23-02482-PHX-SRB (DMF) |
| Plaintiff, | **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION** |
| vs. | |
| Maricopa County of, et al., | |
| Defendants. | |

Defendants Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig,

Martin, Montano, Moody, Park, Smith, Chester, Rainey, and Marsland, Magat, Dailey,

Espinoza, Jr., Maricopa County Sheriff Jerry Sheridan, and former Maricopa County

Sheriff Paul Penzone ("Defendants") by and through undersigned counsel, hereby respond

to Plaintiffs' Motion for Reconsideration of Order Partially Granting Defendants' Motion

to Dismiss the Second Amended Complaint ("Motion") (Doc. 50).  Defendants respond to the Motion per the Court's request.  (Doc. 52).

Plaintiffs are correct that Maricopa County is the proper party named in a suit against CHS as CHS is a non-jural entity.  Defendants interpret Plaintiffs' Motion to seek reconsideration of the Court's findings related to Count II only and as related only to those actions of CHS employees, not MCSO employees.  While Defendants again assert that Plaintiff's Second Amended Complaint fails to state a claim upon which relief can be granted as it pertains to CHS employees, Defendants agree that the County is the property in this limited context based on the reasoning provided in the Court's ruling.

**RESPECTFULLY SUBMITTED** this 11th day of September 2025.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By */s/ Courtney R. Glynn*
COURTNEY R. GLYNN
Deputy County Attorneys
Attorneys for *Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ R.S.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\Defs Resp to Mtn for Reconsideration.docx