Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Alexander Chavez; Alex George Chavez, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Maricopa, a governmental entity; Brandon Smith and Jane Doe Smith; Paul Penzone and Jane Doe Penzone; David Crutchfield, an individual; Lisa Struble, an individual; Kyle Moody and Jane Doe Moody; Arturo Dimas and Jane Doe Dimas; Tyler Park and Jane Doe Park; Gerardo Magat and Jane Doe Magat; Daniel Hawkins Jr. and Jane Doe Hawkins; Javier Montano and Jane Doe Montano; James Dailey and Jane Doe Dailey; Trevor Martin and Jane Doe Martin; Greggory Hertig and Jane Doe Hertig; John Chester and Jane Doe Chester; Jorge Espinosa Jr. and Jane Doe Espinosa; Morgan Rainey and John Doe Rainey; Stefanie Marsland and John Doe Marsland; and, John and Jane Does 1-40,<br><br>Defendants. | No.: CV-23-02482-PHX-KML (DMF)<br><br>**JOINT CASE MANAGEMENT REPORT**<br><br>(Assigned to the Honorable Krissa M. Lanham and referred to the Honorable Deborah M. Fine) |

Through counsel undersigned and pursuant to the Court's "Order Setting Rule 16 Case Management Conference" (the "Rule 16 Order"), the parties hereby jointly submit their Joint Case Management Report as follows:

1. Plaintiffs Debra Morales Ruiz, for herself and on behalf, and as pending Personal Representative of, The Estate of Alexander Chavez Alex George Chavez (collectively, "Plaintiffs"), and Defendants Maricopa County, Brandon Smith, Paul Penzone, David Crutchfield, Lisa Struble, Kyle Moody, Arturo Dimas, Tyler Park, Gerardo Magat, Daniel Hawkins Jr., Javier Montano, James Dailey, Trevor Martin, Gregory Hertig, John Chester, Jorge Espinosa Jr., Morgan Rainey, and Stefanie Marsland (collectively, "Defendants"), attended the Rule 26(f) meeting and assisted in developing the Case Management Report.

2. Plaintiffs Debra Morales Ruiz, for herself and on behalf, and as pending Personal Representative of, The Estate of Alexander Chavez Alex George Chavez (collectively, "Plaintiffs"), and Defendants Maricopa County[1], Brandon Smith, Paul Penzone, David Crutchfield, Lisa Struble, Kyle Moody, Arturo Dimas, Tyler Park, Gerardo Magat, Daniel Hawkins Jr., Javier Montano, James Dailey, Trevor Martin, Gregory Hertig, John Chester, Jorge Espinosa Jr., Morgan Rainey, and Stefanie Marsland (collectively, "Defendants") are the parties remaining in the case.

---

[1] Though the Court dismissed Maricopa County from this action without prejudice via Order entered August 14, 2025, ECF No. 49, *see id.* 16:27-28, Plaintiffs' Motion for Reconsideration requesting the County's reinstatement on the grounds that it is the proper defendant for claims against County Health Services ("CHS") remains pending, grounds that Defendants' Response concedes without conceding that Plaintiff has stated a claim for relief, *see id.* 2:3-12, ECF No. 55.

3. <u>Plaintiffs:</u> This case concerns the death of Plaintiffs' son Alexander Chavez while in the control, custody, and supervision of Maricopa County and its fellow Defendant County employees. Mr. Chavez arrived at the Lower Buckeye Jail (the "Jail") on August 5, 2022 and was transported to the hospital on or about August 8, 2022 due to injuries he suffered under Defendants' lack of care in County facilities. He died from these injuries on August 12, 2022.

Plaintiffs now bring claims against Defendants for: violation of civil rights under the Fourteenth Amendment and 42 U.S.C. § 1983; negligence, and; gross negligence.

<u>Defendants:</u> This case revolves around the death of Plaintiffs' son decedent Alexander Chavez, who died while in custody at the Maricopa County Jail. Mr. Chavez was booked into the Maricopa County Jail system on August 5, 2022, and was transported to the hospital on or about August 8, 2022, following his attempt to take his own life. Mr. Chavez ultimately passed away from his self-inflicted injuries on August 12, 2022. Defendants exercised appropriate care over Mr. Chavez during his time in the Maricopa County Jails. Defendants deny violation of any federal and/or state laws.

4. The United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1441(c), because Plaintiffs allege violations of their civil rights and have brought claims under 42 U.S.C. § 1983 and the U.S. Constitution.

5. All remaining Defendants have been served and have appeared.

6. At present, none of the parties expects to add additional parties to the case. Defendants anticipate filing an amended answer should the Court grant Plaintiff's currently pending Motion for Reconsideration.

3

7. At present, no motions are contemplated.

8. The parties anticipate private mediation as opposed to the need for a Magistrate Judge for the purposes of a settlement conference.

9. The parties are unaware of any related cases pending before other courts or other judges of this Court.

10. The parties anticipate that disclosure and discovery in this action will largely involve electronically stored information ("ESI"), which will largely be exchanged between them in .pdf format.

11. At present, the parties do not anticipate any issues arising regarding claims of privilege or work product.

12. At present, the parties do not believe that an order under Federal Rule of Evidence 502(d) is warranted in this case.

13. Discovery:

a. Plaintiffs anticipate seeking discovery relating to topics including but not necessarily limited to County records pertaining to the decedent's treatment in its custody and resulting death, its investigation of same, and its and its employees' history of treatment of similarly situated individuals.

b. Defendants anticipate discovery related to records specific to Correctional Health Services and the Maricopa County Sheriff's Office.  These records are expected to pertain to the care, custody, and control of Mr. Chavez during his incarceration within MCSO's jails.  This will include any records pertaining to Mr. Chavez's medical status and care, investigation into his death, and MCSO and CHS' practices and procedures.

c. At present, the parties do not anticipate the need for any changes to the discovery limitations proscribed in the Federal Rules of Civil Procedure.

d. The parties believe each deposition in this matter should be limited to **5** hours, and believe each side should be limited to **30** total hours for conducting depositions.

14. The parties will exchange Initial Disclosure Statements no later than **October 15, 2025.**

15. The parties propose the following deadlines, which fall on Friday unless impracticable:

a. Fact discovery shall be completed no later than **April 30, 2026**

b. Plaintiffs shall serve any initial expert disclosures no later than **May 31, 2026**; Defendants shall serve any initial expert disclosures no later than **June 30, 2026**; the parties shall serve any rebuttal expert disclosures no later than **July 31, 2026**;

c. Any expert depositions shall be completed no later than **August 31, 2026**;

d. The parties shall engage in face-to-face good faith settlement talks no later than **June 30, 2026**, and;

e. Any dispositive motions shall be filed no later than **September 30, 2026**.

16. Plaintiffs have requested a jury trial, and Defendants have not contested that request.

17. The parties are hopeful that a private mediation may promote a settlement of this matter.

5

18. At present, the parties are unaware of any other existing matters that would aid the Court and parties in resolving this case in a just, speedy, and inexpensive manner as required by Federal Rule of Civil Procedure 1.

**RESPECTFULLY SUBMITTED** this 22nd day of September 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 N 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs*

**MARICOPA COUNTY ATTORNEY**
**CIVIL SERVICES DIVISION**

By  */s/ Courtney R. Glynn (w/ permission)*
     Courtney R. Glynn
     225 W Madison St.
     Phoenix, AZ 85003
     *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Courtney R. Glynn
glynnc@mcao.maricopa.gov
**RACHEL H. MITCHELL**
**MARICOPA COUNTY ATTORNEY**
CIVIL SERVICES DIVISION
judith.ezeh@mcao.maricopa.gov
christij@mcao.maricopa.gov
rita.kleinman@mcao.maricopa.gov
scottr@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Maricopa County, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Struble, Crutchfield, Magat, Dailey, and the Maricopa County Sheriff*

　　　/s/ Ben Dangerfield

7