RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: COURTNEY R. GROFF (023155)
    Deputy County Attorney
    glynnc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Debra Morales Ruiz, et al., | NO. CV-23-02482-PHX- KML (DMF) |
|---|---|
| Plaintiff, | **NOTICE OF NAME CHANGE** |
| vs. | |
| Maricopa County of, et al., | |
| Defendants. | |

Pursuant to Rule 83.3(d) Local Rules of Civil Procedure, Courtney R. Glynn gives notice that her legal name has changed to Courtney R. Groff.

. . .

. . .

. . .

**RESPECTFULLY SUBMITTED** this 4th day of December 2025.

> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> By */s/ Courtney R. Groff*
> COURTNEY R. GROFF
> Deputy County Attorney
> Attorneys for *Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Russell Skinner, and former Maricopa County Sheriff Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025 I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ R.S.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\Notice of Change of Name Courtney.docx