RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:   COURTNEY R. GROFF (023155)
      CARY L. LACKEY (016610)
      Deputy County Attorneys
      glynnc@mcao.maricopa.gov
      cary.lackey@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, et al., | NO. CV-23-02482-PHX-SRB (DMF) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| Maricopa County of, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Cary L. Lackey, of the Maricopa County Attorney's Office, enter their appearance on behalf of Defendants Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone. Deputy County Attorney Courtney R.

Groff remains as counsel for Defendants. All further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

>CARY L. LACKEY (016610)
>cary.lackey@mcao.maricopa.gov
>Deputy County Attorney
>MARICOPA COUNTY ATTORNEY'S OFFICE
>CIVIL SERVICES DIVISION
>225 West Madison Street
>Phoenix Arizona 85003
>Telephone No. (602) 506-8541
>Fax No. (602) 506-4316
>MCAO Firm No. 0003200
>ca-civilmailbox@mcao.maricopa.gov

**RESPECTFULLY SUBMITTED** this 15th day of December 2025.

>RACHEL H. MITCHELL
>MARICOPA COUNTY ATTORNEY
>
>By */s/ Cary L. Lackey*
>  COURTNEY R. GROFF
>  CARY L. LACKEY
>  Deputy County Attorneys
>  *Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ S.R.
S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\NOA Lackey.docx