Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Alexander Chavez; Alex George Chavez, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Maricopa, a governmental entity; Brandon Smith and Jane Doe Smith; Paul Penzone and Jane Doe Penzone; David Crutchfield, an individual; Lisa Struble, an individual; Kyle Moody and Jane Doe Moody; Arturo Dimas and Jane Doe Dimas; Tyler Park and Jane Doe Park; Gerardo Magat and Jane Doe Magat; Daniel Hawkins Jr. and Jane Doe Hawkins; Javier Montano and Jane Doe Montano; James Dailey and Jane Doe Dailey; Trevor Martin and Jane Doe Martin; Greggory Hertig and Jane Doe Hertig; John Chester and Jane Doe Chester; Jorge Espinosa Jr. and Jane Doe Espinosa; Morgan Rainey and John Doe Rainey; Stefanie Marsland and John Doe Marsland; and, John and Jane Does 1-40,<br><br>Defendants. | No.: CV-23-02482-PHX-KML (DMF)<br><br>**STIPULATION FOR EXTENSION OF DEADLINES**<br><br>(First Request)<br><br>(Assigned to the Honorable Krissa M. Lanham and referred to the Honorable Deborah M. Fine) |

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby stipulate and agree to, and respectfully request, an extension of deadlines in this matter by approximately sixty days each, in accordance with the [Proposed] Order attached hereto. No previous extensions of deadlines have been sought or granted. Good cause exists for same, as Plaintiffs' counsel has an upcoming four-week trial in another federal matter from late April through most of May that will nearly completely occupy his time for most of those two months. In light of same, the parties hereby stipulate and agree to, and respectfully request, an extension of the following deadlines in this matter as follows:

1.      The last day to complete fact discovery, including discovery by Subpoena, from April 30, 2026 to **June 30, 2026**;

2.      The last day for Plaintiffs to serve their initial expert disclosures, from June 1, 2026 to **July 31, 2026**;

3.      The last day for Defendants to serve their initial expert disclosures, from June 30, 2026 to **August 31, 2026**;

4.      The last day to engage in good faith settlement talks, from June 30, 2026 to **August 31, 2026**;

5.      The last day to serve rebuttal expert disclosures, from July 31, 2026 to **September 30, 2026**;

6.      The last day for expert discovery, from August 31, 2026 to **October 30, 2026**, and;

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

7.    The last day to file dispositive and *Daubert* motions, from September 30, 2026 to **November 30, 2026**.

**RESPECTFULLY SUBMITTED** this 19th day of March 2026.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 N 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs*

**MARICOPA COUNTY ATTORNEY'S OFFICE**

By  */s/ Courtney R. Groff (w/ permission)*
      Courtney R. Groff
      Cary L. Lackey
      225 W Madison St.
      Phoenix, AZ 85003
      *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Courtney R. Groff
glynnc@mcao.maricopa.gov
Cary L. Lackey
cary.lackey@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY'S OFFICE**
CIVIL SERVICES DIVISION
judith.ezeh@mcao.maricopa.gov
scottr@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
(602) 506-8541
*Attorneys for Maricopa County, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Struble, Crutchfield, Magat, Dailey, and the Maricopa County Sheriff*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4