MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Alexander Chavez; Alex George Chavez, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> County of Maricopa, a governmental entity; Brandon Smith and Jane Doe Smith; Paul Penzone and Jane Doe Penzone; David Crutchfield, an individual; Lisa Struble, an individual; Kyle Moody and Jane Doe Moody; Arturo Dimas and Jane Doe Dimas; Tyler Park and Jane Doe Park; Gerardo Magat and Jane Doe Magat; Daniel Hawkins Jr. and Jane Doe Hawkins; Javier Montano and Jane Doe Montano; James Dailey and Jane Doe Dailey; Trevor Martin and Jane Doe Martin; Greggory Hertig and Jane Doe Hertig; John Chester and Jane Doe Chester; Jorge Espinosa Jr. and Jane Doe Espinosa; Morgan Rainey and John Doe Rainey; Stefanie Marsland and John Doe Marsland; and, John and Jane Does 1-40, <br><br> Defendants. | No.: CV-23-02482-PHX-KML (DMF) <br><br> **[PROPOSED] ORDER FOR EXTENSION OF DEADLINES** <br><br> (First Request) <br><br> (Assigned to the Honorable Krissa M. Lanham and referred to the Honorable Deborah M. Fine) |

THE COURT, having reviewed the parties' "Stipulation for Extension of Deadlines" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines in this action as follows:

1. The last day to complete fact discovery, including discovery by Subpoena, from April 30, 2026 to **June 30, 2026**;

2. The last day for Plaintiffs to serve their initial expert disclosures, from June 1, 2026 to **July 31, 2026**;

3. The last day for Defendants to serve their initial expert disclosures, from June 30, 2026 to **August 31, 2026**;

4. The last day to engage in good faith settlement talks, from June 30, 2026 to **August 31, 2026**;

5. The last day to serve rebuttal expert disclosures, from July 31, 2026 to **September 30, 2026**;

6. The last day for expert discovery, from August 31, 2026 to **October 30, 2026**, and;

7. The last day to file dispositive and *Daubert* motions, from September 30, 2026 to **November 30, 2026**.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2