## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | No. CV-23-02482-PHX-KML |
| Plaintiffs, | |
| v. | **ORDER** |
| County of Maricopa, et al., | |
| Defendants. | |

This matter is before the Court on the parties joint Stipulation for Extension of Deadlines (Doc. 64). The parties request extensions of time as to the deadlines to complete discovery, for Plaintiffs to serve their initial expert disclosures, for Defendants to serve their initial expert disclosures, for the parties to engage in good faith settlement talks, to serve rebuttal expert disclosures, for expert discovery, and for dispositive and *Daubert* motions; this is the first request for an extension of such deadlines. The parties explain that good cause exists for the approximately 60 day extensions of time because "Plaintiffs' counsel has an upcoming four-week trial in another federal matter from late April through most of May that will nearly completely occupy his time for most of those two months" (Doc. 64 at 2).

Upon consideration of the parties' stipulated motion, and good cause shown,

**IT IS HEREBY ORDERED** granting the parties' joint Stipulation for Extension of Deadlines (Doc. 64).

**IT IS FURTHER ORDERED** extending the deadline to complete fact discovery

to **June 30, 2026**.

**IT IS FURTHER ORDERED** extending the deadline for Plaintiffs to serve their initial expert disclosures to **July 31, 2026**.

**IT IS FURTHER ORDERED** extending the deadline for Defendants to serve their initial expert disclosures to **August 31, 2026**.

**IT IS FURTHER ORDERED** extending the deadline to engage in good faith settlement talks to **August 31, 2026**.

**IT IS FURTHER ORDERED** extending the deadline to serve rebuttal expert disclosures to **September 30, 2026**.

**IT IS FURTHER ORDERED** extending the deadline for expert discovery to **October 30, 2026**.

**IT IS FURTHER ORDERED** extending the deadline to file dispositive and *Daubert* motions to **November 30, 2026**.

Dated this 19th day of March, 2026.

_____

Honorable Deborah M. Fine
United States Magistrate Judge

- 2 -