RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:    COURTNEY R. GROFF (023155)
       CARY L. LACKEY (016610)
       Deputy County Attorneys
       glynnc@mcao.maricopa.gov
       cary.lackey@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, et al., | NO. CV-23-02482-PHX- KML (DMF) |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANTS' FIRST SET OF INTERROGATORIES & FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF** |
| vs. | |
| Maricopa County of, et al., | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 45(a)(4) notice is hereby given that the undersigned counsel for Defendants did serve via Email on March 23, 2026, Defendants First Set of Interrogatories & First Set of Requests for Production, upon Plaintiff.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

-1-

**RESPECTFULLY SUBMITTED** this  24th  day of March 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By */s/ Courtney R. Groff*
COURTNEY R. GROFF
CARY L. LACKEY
Deputy County Attorneys
Attorneys for *Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

*/s/ R.S.*

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\NOS RFP Roggs.docx

-2-