RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:   COURTNEY R. GLYNN (023155)
      Deputy County Attorneys
      glynnc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>            Plaintiff,<br><br>vs.<br><br>Maricopa County of, et al.,<br><br>            Defendants. | NO. CV-23-02482-PHX- KML (DMF)<br><br>**NOTICE OF SERVICE OF DEFENDANTS' FIRST SUPPLEMENTAL RULE 26.1 DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 45(a)(4) notice is hereby given that the undersigned counsel for Defendants did serve via Email on April 13, 2026, Defendants' First Supplemental Rule 26.1 Disclosure Statement, upon Plaintiff.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

-1-

**RESPECTFULLY SUBMITTED** this 13th day of April 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By */s/ Courtney R. Glynn*
COURTNEY R. GLYNN
Deputy County Attorneys
Attorneys for *Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

/s/ R.S.

S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\NOS Supp IDS 041326.docx

-2-