MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Alexander Chavez; Alex George Chavez, an individual, | No.: CV-23-02482-PHX-KML (DMF) |
| Plaintiffs, | **[PROPOSED] ORDER FOR EXTENSION OF DEADLINES** |
| vs. | (First Request) |
| County of Maricopa, a governmental entity; Brandon Smith and Jane Doe Smith; Paul Penzone and Jane Doe Penzone; David Crutchfield, an individual; Lisa Struble, an individual; Kyle Moody and Jane Doe Moody; Arturo Dimas and Jane Doe Dimas; Tyler Park and Jane Doe Park; Gerardo Magat and Jane Doe Magat; Daniel Hawkins Jr. and Jane Doe Hawkins; Javier Montano and Jane Doe Montano; James Dailey and Jane Doe Dailey; Trevor Martin and Jane Doe Martin; Greggory Hertig and Jane Doe Hertig; John Chester and Jane Doe Chester; Jorge Espinosa Jr. and Jane Doe Espinosa; Morgan Rainey and John Doe Rainey; Stefanie Marsland and John Doe Marsland; and, John and Jane Does 1-40, | (Assigned to the Honorable Krissa M. Lanham and referred to the Honorable Deborah M. Fine) |
| Defendants. | |

THE COURT, having reviewed the parties' "Stipulation for Extension of Deadlines (Second Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines in this action as follows:

1.      The last day to complete fact discovery, from June 30, 2026 to **August 28, 2026**;

2.      The last day for Plaintiffs to serve their initial expert disclosures, from July 31, 2026 to **September 30, 2026**;

3.      The last day for Defendants to serve their initial expert disclosures, from August 31, 2026 to **October 30, 2026**;

4.      The last day to engage in good-faith settlement talks, from August 31, 2026 to **October 30, 2026**;

5.      The last day to serve rebuttal expert disclosures, from September 30, 2026 to **November 30, 2026**;

6.      The deadline for expert discovery, from October 30, 2026 to **December 30, 2026**, and;

7.      The last day to file dispositive and Daubert motions, from November 30, 2026 to **January 29, 2027**.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2