Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Alexander Chavez; Alex George Chavez, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Maricopa, a governmental entity; Brandon Smith and Jane Doe Smith; Paul Penzone and Jane Doe Penzone; David Crutchfield, an individual; Lisa Struble, an individual; Kyle Moody and Jane Doe Moody; Arturo Dimas and Jane Doe Dimas; Tyler Park and Jane Doe Park; Gerardo Magat and Jane Doe Magat; Daniel Hawkins Jr. and Jane Doe Hawkins; Javier Montano and Jane Doe Montano; James Dailey and Jane Doe Dailey; Trevor Martin and Jane Doe Martin; Greggory Hertig and Jane Doe Hertig; John Chester and Jane Doe Chester; Jorge Espinosa Jr. and Jane Doe Espinosa; Morgan Rainey and John Doe Rainey; Stefanie Marsland and John Doe Marsland; and, John and Jane Does 1-40,<br><br>Defendants. | No.: CV-23-02482-PHX-KML (DMF)<br><br>**STIPULATION FOR EXTENSION OF DEADLINES**<br><br>(Third Request)<br><br>(Assigned to the Honorable Krissa M. Lanham and referred to the Honorable Deborah M. Fine) |

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate, agree, and respectfully move, for an extension of deadlines in this action by approximately sixty days each, in accordance with the [Proposed] Order attached hereto and as set forth below. All parties agree with this request, which is the third one submitted in this action, two previous such extensions having been requested and granted.

Good cause exists for same. In the past couple of months Plaintiffs' counsel has needed to devote, and will need for the next few months also to devote, significant amounts of time away from the office to attend to his wife, who was recently diagnosed with, and is currently being treated for, stage 4 breast cancer, as she goes through rounds of chemotherapy and an array of medical appointments. And as a result, he must also devote significant amounts of time providing and arranging care for their very young daughter. In light of same, the parties respectfully request and move that the following deadlines in this action be extended as follows:

1.    The last day to complete fact discovery, from August 28, 2026 to **October 28, 2026**;

2.    The last day for Plaintiffs to serve their initial expert disclosures, from September 30, 2026 to **November 30, 2026**;

3.    The last day for Defendants to serve their initial expert disclosures, from October 30, 2026 to **December 30, 2026**;

4.    The last day to engage in good-faith settlement talks, from October 30, 2026 to **December 30, 2026**;

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

5.      The last day to serve rebuttal expert disclosures, from November 30, 2026 to **February 1, 2027**;

6.      The deadline for expert discovery, from December 30, 2026 to **March 2, 2027**, and;

7.      The last day to file dispositive and Daubert motions, from January 29, 2027 to **April 2, 2027**.

**RESPECTFULLY SUBMITTED** this 16th day of July 2026.

**MILLS + WOODS LAW, PLLC**

By      */s/ Sean A. Woods*
        Robert T. Mills
        Sean A. Woods
        5055 N 12th Street, Suite 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiffs*

**MARICOPA COUNTY ATTORNEY'S OFFICE**

By      */s/ Courtney R. Groff (w/ permission)*
        Courtney R. Groff
        Cary L. Lackey
        225 W Madison St.
        Phoenix, AZ 85003
        *Attorneys for Maricopa County, Dimas,*
        *Hawkins, Hertig, Martin, Montano,*
        *Moody, Park, Smith, Chester, Rainey,*
        *Marsland, Struble, Crutchfield, Magat,*
        *Dailey, and the Maricopa County Sheriff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Courtney R. Groff
glynnc@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
scottr@mcao.maricopa.gov
Cary L. Lackey
cary.lackey@mcao.maricopa.gov
rojass@mcao.maricopa.gov
shawnterry.cato@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY'S OFFICE**
CIVIL SERVICES DIVISION
225 W Madison St.
Phoenix, AZ 85003
(602) 506-8541
*Attorneys for Maricopa County, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Struble, Crutchfield, Magat, Dailey, and the Maricopa County Sheriff*


        /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4