# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Morales Ruiz, et al., | No.  CV-23-02482-PHX-KML (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| County of Maricopa, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulation for Extension of Deadlines (Third Request) (Doc. 72), and upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulation for Extension of Deadlines (Third Request) (Doc. 72).

**IT IS FURTHER ORDERED** extending the deadlines as follows:

1.    The last day to complete fact discovery: **October 28, 2026**;

2.    The last day for Plaintiffs to serve their initial expert disclosures: **November 30, 2026**;

3.    The last day for Defendants to serve their initial expert disclosures: **December 30, 2026**;

4.    The last day to engage in good-faith settlement talks: **December 30, 2026**;

5.    The last day to serve rebuttal expert disclosures: **February 1, 2027**;

6.    The deadline for expert discovery: **March 2, 2027**, and;

7.     The deadline to file dispositive and *Daubert* motions:  **April 2, 2027**.

Dated this 16th day of July, 2026.

_____
Honorable Deborah M. Fine
United States Magistrate Judge