RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: COURTNEY R. GROFF (023155)
CARY L. LACKEY (016610)
Deputy County Attorneys
glynnc@mcao.maricopa.gov
cary.lackey@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
MCAO Firm No. 00032000

*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Morales Ruiz, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County of, et al.,<br><br>Defendants. | NO. CV-23-02482-PHX- KML (MBM)<br><br>**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |

Pursuant to Fed.R.Civ.P. 45(a)(4) notice is hereby given that the undersigned counsel for Defendant Maricopa County did serve via E-mail on October 12, 2026, Defendants' Responses to Plaintiffs' First Requests for Admission, upon Plaintiffs.

The original of this Notice has been e-filed with the Clerk of the Court in lieu thereof.

**RESPECTFULLY SUBMITTED** this 13th day of October 2026.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: *s/ Courtney R. Groff*
COURTNEY R. GROFF
CARY L. LACKEY
Deputy County Attorneys
*Attorneys for Maricopa County, Struble, Crutchfield, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Magat, Dailey, Maricopa County Sheriff Jerry Sheridan, and former Maricopa County Sheriff Paul Penzone*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

s/ J. Christiansen
S:\CIVIL\CIV\Matters\CJ\2023\Ruiz v. MC, et al. 2023-0228\Pleadings\NOS Defs' Resps RFAs.docx