Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Debra Morales Ruiz, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Alexander Chavez; Alex George Chavez, an individual,

Plaintiffs,

vs.

County of Maricopa, a governmental entity; Brandon Smith and Jane Doe Smith; Gerard A. Sheridan; David Crutchfield, an individual; Lisa Struble, an individual; Kyle Moody and Jane Doe Moody; Arturo Dimas and Jane Doe Dimas; Tyler Park and Jane Doe Park; Gerardo Magat and Jane Doe Magat; Daniel Hawkins Jr. and Jane Doe Hawkins; Javier Montano and Jane Doe Montano; James Dailey and Jane Doe Dailey; Trevor Martin and Jane Doe Martin; Greggory Hertig and Jane Doe Hertig; John Chester and Jane Doe Chester; Jorge Espinosa Jr. and Jane Doe Espinosa; Morgan Rainey and John Doe Rainey; Stefanie Marsland and John Doe Marsland; and, John and Jane Does 1-40,

Defendants.

No.: CV-23-2482-PHX-KML (MBM)

**STIPULATION FOR EXTENSION OF DEADLINES**

(Fourth Request)

(Assigned to the Honorable Krissa M. Lanham and referred to the Honorable M. Bridget Minder)

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate, agree, and respectfully move, for an extension of deadlines in this action by approximately ninety days each, in accordance with the [Proposed] Order attached hereto and as set forth below. All parties agree with this request, which is the fourth one submitted in this action, three previous such extensions having been requested and granted.

Good cause exists for same. For the past few months Plaintiffs' counsel has needed, and currently still needs, to devote significant amounts of time away from the office to attend to his wife, who is currently being treated for stage 4 breast cancer, as she goes through rounds of chemotherapy, an array of medical appointments, and is preparing to undergo major surgery in early November. He must also devote significant amounts of time providing and arranging care for their very young daughter.

In addition to the above, Plaintiffs' counsel also has a two-week trial in December and a one-week trial in January.

Finally, the rapidly approaching Holiday Season will likely cause multiple scheduling conflicts for both sides.

In light of the foregoing, the parties respectfully request and move that the following deadlines in this action be extended as follows:

1. The last day to complete fact discovery, from October 28, 2026 to **January 28, 2027**;

2. The last day for Plaintiffs to serve their initial expert disclosures, from November 30, 2026 to **March 1, 2027**;

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3. The last day for Defendants to serve their initial expert disclosures, from December 30, 2026 to **March 30, 2027**;

4. The last day to engage in good-faith settlement talks, from December 30, 2026 to **March 30, 2027**;

5. The last day to serve rebuttal expert disclosures, from February 1, 2027 to **May 3, 2027**;

6. The deadline for expert discovery, from March 2, 2027 to **June 2, 2027**, and;

7. The last day to file dispositive and Daubert motions, from April 2, 2027 to **July 2, 2027**.

**RESPECTFULLY SUBMITTED** this 27th day of October 2026.

**MILLS + WOODS LAW, PLLC**

By *__/s/ Sean A. Woods__*
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

**MARICOPA COUNTY ATTORNEY'S OFFICE**

By *__/s/ Courtney R. Groff (w/ permission)*
Courtney R. Groff
Cary L. Lackey
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Maricopa County, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Struble, Crutchfield, Magat, Dailey, and the Maricopa County Sheriff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Courtney R. Groff
glynnc@mcao.maricopa.gov
judith.ezeh@mcao.maricopa.gov
christij@mcao.maricopa.gov
Cary L. Lackey
cary.lackey@mcao.maricopa.gov
valentid@mcao.maricopa.gov
shawnterry.cato@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY'S OFFICE**
CIVIL SERVICES DIVISION
225 W Madison St.
Phoenix, AZ 85003
(602) 506-8541
*Attorneys for Maricopa County, Dimas, Hawkins, Hertig, Martin, Montano, Moody, Park, Smith, Chester, Rainey, Marsland, Struble, Crutchfield, Magat, Dailey, and the Maricopa County Sheriff*

*/s/ Ben Dangerfield*