MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Debra Morales Ruiz, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Alexander Chavez; Alex George Chavez, an individual,

Plaintiffs,

vs.

County of Maricopa, a governmental entity; Brandon Smith and Jane Doe Smith; Paul Penzone and Jane Doe Penzone; David Crutchfield, an individual; Lisa Struble, an individual; Kyle Moody and Jane Doe Moody; Arturo Dimas and Jane Doe Dimas; Tyler Park and Jane Doe Park; Gerardo Magat and Jane Doe Magat; Daniel Hawkins Jr. and Jane Doe Hawkins; Javier Montano and Jane Doe Montano; James Dailey and Jane Doe Dailey; Trevor Martin and Jane Doe Martin; Greggory Hertig and Jane Doe Hertig; John Chester and Jane Doe Chester; Jorge Espinosa Jr. and Jane Doe Espinosa; Morgan Rainey and John Doe Rainey; Stefanie Marsland and John Doe Marsland; and, John and Jane Does 1-40,

Defendants.

No.: CV-23-02482-PHX-KML (DMF)

**[PROPOSED] ORDER EXTENDING DEADLINES**

(Assigned to the Honorable Krissa M. Lanham and referred to the Honorable Deborah M. Fine)

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

THE COURT, having reviewed the parties' "Stipulation for Extension of Deadlines (Fourth Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines in this action as follows:

1. The last day to complete fact discovery, from October 28, 2026 to **January 28, 2027**;

2. The last day for Plaintiffs to serve their initial expert disclosures, from November 30, 2026 to **March 1, 2027**;

3. The last day for Defendants to serve their initial expert disclosures, from December 30, 2026 to **March 30, 2027**;

4. The last day to engage in good-faith settlement talks, from December 30, 2026 to **March 30, 2027**;

5. The last day to serve rebuttal expert disclosures, from February 1, 2027 to **May 3, 2027**;

6. The deadline for expert discovery, from March 2, 2027 to **June 2, 2027**, and;

7. The last day to file dispositive and Daubert motions, from April 2, 2027 to **July 2, 2027**.