**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Debra Morales Ruiz, et al.,

Plaintiffs,

v.

County of Maricopa, et al.,

Defendants.

No. CV-23-02482-PHX-KML (MBM)

**ORDER**

On review of the parties' Stipulation for Extension of Deadlines (Doc. 79), and for good cause shown,

**IT IS ORDERED** that the parties' stipulation (Doc. 79) is **GRANTED** as follows:

1. The deadline for completing fact discovery is extended to **January 28, 2027**;
2. The deadline for Plaintiffs to serve their initial expert disclosures is extended to **March 1, 2027**;
3. The deadline for Defendants to serve their initial expert disclosures is extended to **March 30, 2027**;
4. The deadline for engagement in good-faith settlement talks is extended to **March 30, 2027**;
5. The deadline to serve rebuttal expert disclosures is extended to **May 3, 2027**;

. . . .

. . . .

6. The deadline to complete expert discovery is extended to **June 2, 2027**;
7. The deadline to file dispositive and *Daubert* motions is extended to **July 2, 2027**.

Dated this 28th day of October, 2026.

Honorable M. Bridget Minder
United States Magistrate Judge